IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ELIJAH SPARKMAN JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>A. W. CHESTERTON COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION NO.<br>2:12-cv-02957-DCN |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Elijah Sparkman, Jr., to dismiss Ingersoll Rand Company with prejudice.

It appears that good cause exists to permit Plaintiff to dismiss this action against Defendant Ingersoll Rand Company with prejudice.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff, Elijah Sparkman, Jr., against Ingersoll Rand Company are hereby DISMISSED WITH PREJUDICE.

This 1st day of April, 2014.

_____
David C. Norton
United States District Judge