# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:  Asbestos Products<br>        Liability Litigation | |
| TERRENCE J. SPARKMAN and LEONARD SPARKMAN, as Co-Personal Representatives of the Estate of ELIJAH SPARKMAN, JR., Deceased,<br><br>          Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>          Defendants. | C/A No. 2:12-cv-02957-DCN |

## CONSENT ORDER OF DISMISSAL OF DEFENDANT
## BAYER CROPSCIENCE, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against only the Defendant Bayer Cropscience, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., deceased, against the Defendant Bayer Cropscience, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.**

_____
David C. Norton
United States District Judge

August 21, 2014
Charleston, South Carolina

2

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorney for Defendant Bayer Cropscience, Inc. | Attorney for Plaintiff |
| */s/ Scott E. Frick* <br> Scott E. Frick, SC Bar No. 09417 <br> Haynsworth Sinkler Boyd, P.A. <br> P. O. Box 2048 <br> Greenville, SC 29602 <br> Telephone: 864-240-3200 <br> Facsimile: 864-240-3300 <br> E-mail: sfrick@hsblawfirm.com | */s/ V. Brian Bevon* <br> V. Brian Bevon, SC Bar No. 65384 <br> Motley Rice LLC <br> P. O. Box 650001 <br> Mt. Pleasant, SC 29465 <br> Telephone 843-216-9000 <br> Facsimile 843-216-9430 <br> E-mail: bbevon@motleyrice.com |