IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

In Re: Asbestos Products
Liability Litigation

| | |
|---|---|
| Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., Deceased<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. Chesterton Company, et al.,<br><br>Defendants. | Civil Action No. 2:12-cv-02957 |

### CONSENT ORDER OF DISMISSAL OF DEFENDANT CRANE CO.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against the Defendant Crane Co. only.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., deceased, against the Defendant Crane Co. are hereby **DISMISSED WITHOUT PREJUDICE**.

David C. Norton
United States District Judge

August 26, 2014
Charleston, South Carolina

| **Prepared and Submitted by:** | **Consented to By:** |
|---|---|
| Attorney for Defendant Crane Co. | Attorney for Plaintiffs |
| */s/ Robert O. Meriwether* | */s/ V. Brian Bevon* |
| Robert O. Meriwether, Federal Bar No. 1040 | V. Brian Bevon, Federal Bar No. 6425 |
| Nelson Mullins Riley & Scarborough, LLP | Motley Rice LLC |
| 1320 Main Street / 17th Floor | 28 Bridgeside Boulevard (29464) |
| Post Office Box 11070 (29211) | Post Office Box 650001 |
| Columbia, SC 29201 | Mt. Pleasant, SC 29465 |
| Telephone: 803.799.2000 | Telephone: 843.216.9000 |
| Facsimile: 803.255.9060 | Facsimile: 843.216.9430 |
| E-Mail: robert.meriwether@nelsonmullins.com | E-mail: bbevon@motleyrice.com |