IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| TERRENCE J. SPARKMAN and LEONARD SPARKMAN, Co-Personal Representatives of the Estate of ELIJAH SPARKMAN, JR., Deceased, <br><br> v. <br><br> A.W. CHESTERTON COMPANY, et al., <br><br> Defendants. | C/A No. 2:12-cv-02957-DCN |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Terrance J. Sparkman, to dismiss IMO Industries, Inc. with prejudice.

It appears that good cause exists to permit Plaintiff to dismiss this action against Defendant IMO Industries, Inc. with prejudice.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiff, Terrance J. Sparkman against IMO Industries, Inc. are hereby DISMISSED WITH PREJUDICE.

This the 14th day of October, 2014

David C. Norton
United States District Judge