IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:  Asbestos Products<br>        Liability Litigation | |
| TERRENCE J. SPARKMAN and LEONARD SPARKMAN, as Co-Personal Representatives of the Estate of ELIJAH SPARKMAN, JR., Deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>        Defendants. | C/A No. 2:12-cv-02957-DCN |

## CONSENT MOTION FOR AND ORDER OF DISMISSAL OF DEFENDANT KADANT BLACK CLAWSON, INC.

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against only the Defendant Kadant Black Clawson, Inc.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., deceased, against the Defendant Kadant Black Clawson, Inc. are hereby **DISMISSED WITHOUT PREJUDICE.**

_____
David C. Norton
United States District Judge

November 5, 2014
Charleston, South Carolina

2

| Prepared and Submitted By: | Consented to By: |
|---|---|
| Attorney for Defendant Kadant Black Clawson, Inc. | Attorney for Plaintiff |
| */s/ Moffatt G. McDonald*<br>Scott E. Frick, SC Bar No. 02805<br>Haynsworth Sinkler Boyd, P.A.<br>P. O. Box 2048<br>Greenville, SC 29602<br>Telephone: 864-240-3200<br>Facsimile: 864-240-3300<br>E-mail: mmcdonald@hsblawfirm.com | */s/ V. Brian Bevon*<br>V. Brian Bevon, SC Bar No. 65384<br>Motley Rice LLC<br>P. O. Box 650001<br>Mt. Pleasant, SC 29465<br>Telephone 843-216-9000<br>Facsimile 843-216-9430<br>E-mail: bbevon@motleyrice.com |