IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:  Asbestos Products<br>            Liability Litigation | |
| TERRENCE J. SPARKMAN and LEONARD SPARKMAN, as Co-Personal Representatives of the Estate of ELIJAH SPARKMAN, JR., Deceased,<br><br>            Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>            Defendants. | C/A No. 2:12-cv-02957-DCN |

**CONSENT MOTION FOR AND ORDER OF DISMISSAL OF DEFENDANT STERLING FLUID SYSTEMS (USA) LLC**

**THIS MATTER** is before the Court, with the consent and approval of the parties, to dismiss the captioned Plaintiffs' claims against only the Defendant Sterling Fluid Systems (USA) LLC

For cause shown,

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., deceased, against the Defendant Sterling Fluid Systems (USA) LLC are hereby **DISMISSED WITHOUT PREJUDICE.**

_____
David C. Norton
United States District Judge

November 5, 2014
Charleston, South Carolina

2

| **Prepared and Submitted By:** | **Consented to By:** |
|---|---|
| Attorney for Defendant Sterling Fluid Systems (USA) LLC | Attorney for Plaintiff |
| */s/ Moffatt G. McDonald* <br> Scott E. Frick, SC Bar No. 02805 <br> Haynsworth Sinkler Boyd, P.A. <br> P. O. Box 2048 <br> Greenville, SC 29602 <br> Telephone: 864-240-3200 <br> Facsimile: 864-240-3300 <br> E-mail: mmcdonald@hsblawfirm.com | */s/ V. Brian Bevon* <br> V. Brian Bevon, SC Bar No. 65384 <br> Motley Rice LLC <br> P. O. Box 650001 <br> Mt. Pleasant, SC 29465 <br> Telephone 843-216-9000 <br> Facsimile 843-216-9430 <br> E-mail: bbevon@motleyrice.com |