IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

In Re:  Asbestos Products
        Liability Litigation

| | |
|---|---|
| Terrence J. Sparkman and Leonard Sparkman, as Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., Deceased, | C/A No.: 2:12-cv-2957 DCN |
| Plaintiff, | **ORDER OF DISMISSAL** |
| -vs- | |
| A.W. Chesterton Company, *et al.*, | |
| Defendants. | |

The court having been advised by counsel for the parties that the above action has been settled as to defendants A.W. Chesterton Company, Metropolitan Life Insurance Company, Riley Power, Inc., and Uniroyal,

**IT IS ORDERED** that this action against these four defendants is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

January 13, 2015
Charleston, South Carolina