UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Terrence J. Sparkman and Leonard Sparkman, Co-Personal Representatives of the Estate of Elijah Sparkman, Jr., Deceased, | ) ) ) ) ) | C/A NO. 2:12-cv-02957-DCN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| A.W. Chesterton Company, et al., | ) ) | |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL OF RESEARCH-COTTRELL**

NOW COME Plaintiffs, by and through counsel, and with the consent of Defendant Research-Cottrell, by and through counsel, hereby file this Stipulation of Dismissal, dismissing all claims against this Defendant with prejudice, each party to bear their own costs.

Respectfully submitted this the 12th day of August, 2015

MOTLEY RICE LLC                     HUNTER, MACLEAN, EXLEY & DUNN, P.C.

*s/ W. Christopher Swett*            *s/ Nicholas J. Laybourn*
W. Christopher Swett                 Nicholas J. Laybourn
*Federal Bar No. 11177*              Admitted *Pro Hac Vice*
28 Bridgeside Blvd.                  200 East Saint Julian Street
Mt. Pleasant, SC 29464               Savannah, GA 31412
Tel: (843) 216-9000                  Tel: (912) 236-0261
Fax: (843) 216-9450                  nlaybourn@huntermaclean.com
cswett@motleyrice.com