1

```
1                IN THE DISTRICT COURT OF THE UNITED STATES
                        DISTRICT OF SOUTH CAROLINA
2                          CHARLESTON DIVISION

3      TERRENCE SPARKMAN, et al,    )          2:12-CV-2957
                                    )
4                    Plaintiffs     )          Charleston,
                                    )          South Carolina
5      VS                           )          August 17, 2015
                                    )
6      GOULDS PUMPS, INC.,          )
                                    )
7                    Defendant      )

8          TRANSCRIPT OF TRIAL TESTIMONY OF DR. ARNOLD BRODY
                 BEFORE THE HONORABLE DAVID C. NORTON,
9                    UNITED STATES DISTRICT JUDGE

10     APPEARANCES:

11     For the Plaintiff:     MR. JOHN HERRICK
                              MR. WILLIAM SWETT
12                            Motley Rice
                              28 Bridgeside Boulevard
13                            Mount Pleasant, SC 29464

14

15

16     For the Defendant:    MR. MOFFATT GRIER MCDONALD
                             Haynsworth Sinkler Boyd
17                           P.O. Box 2048
                             Greenville, SC 29602
18

19

20

21

22

23     Court Reporter:       Amy C. Diaz, RPR, CRR
                             P.O. Box 835
24                           Charleston, SC 29402

25              Proceedings recorded by mechanical shorthand,
       Transcript produced by computer-aided transcription.
```

```
 1                              *** *** ***
 2              MR. HERRICK:   Your Honor, our next witness will be
 3     Dr. Arnold Brody.
 4              THE COURT:  Okay.
 5              THE CLERK:  Please come forward to be sworn here at
 6     the Bible.   Right here, sir.
 7              Can you please place your left hand on the Bible and
 8     raise your right hand.
 9              State your name.
10              THE WITNESS:  Arnold R. Brody, B R O D Y.
11     THEREUPON:
12                         DR. ARNOLD R. BRODY,
13     Called in these proceedings and after having been first duly
14     sworn testifies as follows:
15              THE CLERK:  You may have a seat in the witness
16     stand.
17              THE WITNESS:  Thank you.
18                          DIRECT EXAMINATION
19     BY MR. HERRICK:
20      Q. Good afternoon, Dr. Brody.
21      A. Good afternoon.
22      Q. I told the jury in opening statement that you were the
23     witness who was going to come in and testify about how
24     asbestos gets in into the body and translocates through
25     different parts.   Are you, in fact, going to talk about that
```

1    today?

2     A. Certainly.

3     Q. Okay.  Let's talk a little bit about your background,

4    Dr. Brody.

5              Where are you from and what do you do?

6     A. So I'm a professor emeritus at the pathology department

7    at Tulane University in the medical school in New Orleans.

8    I was there for many years.  I was the vice chairman at the

9    pathology department at Tulane and I retired in 2011.   And I

10    was honored with the position of professor emeritus.

11    Emeritus is from the Latin out of merit or from honor.   And

12    I continued to work with colleagues there.  Even though I'm

13    retired, I work with colleagues there.  And we are carrying

14    on our work in understanding how asbestos causes disease.

15    And we are focused now on lung cancer, but we have been

16    studying mesothelioma and mesothelial cells for many years.

17     Q. Doctor, are you a medical doctor?

18     A. No.  I'm a Ph.D.

19     Q. Okay.  Give us the benefit of your background, if you

20    would --

21     A. Um-hum.

22     Q. -- and training.

23     A. Okay.  So after high school in New Hampshire, I went out

24    to Colorado to do a bachelor of science degree in zoology.

25    Zoology is the study of animals.   I then went to the

1    University of Illinois where I received a master of science

2    degree in anatomy, that's animal anatomy, human anatomy.

3    That's where we learn how all of our parts fit together and

4    function:  Muscles, bones, nerves, joints, that sort of

5    thing.   Then I went back to Colorado to do a Ph.D., that's

6    the doctorate, and that's in cell biology.

7         Every living thing is made of cells.   We need to

8    understand how cells function.   Every disease has a target

9    cell from which that disease develops.   And so I have been

10   focusing on lung cells and the target cells for the various

11   asbestos-induced diseases.

12        Then I did three years of post doctoral study at

13   Ohio State University.   And then I started my academic

14   career.

15    Q. And what was your post-doc study at Ohio State related

16   to?

17    A. Well, this was a great opportunity to study a little

18   creature that causes house dust allergies.   I mean, you've

19   probably heard of people allergic to the dust in their homes,

20   and it's typically because there are little mites that live

21   in there.   Mites, M I T E S.   And these mites shed their skin

22   and they leave debris around.   And people develop allergies

23   to these mites.   And I got to study these and study the

24   anatomy of the house dust mite and what they leave around

25   that makes us allergic.

1    Q. That was some research you were doing at that point in

2    time?

3    A. That's actually where I started doing research.    The

4    post-doctoral study is where you find out if you have the

5    kind of temperament that it takes to work in a basic science

6    laboratory where you learn if you are the -- it is the thing

7    for you.    I mean, you try to -- do you want to be at a

8    university or not?    That kind of thing.

9    Q. And, Doctor, you said after your stint at Ohio State that

10   you went on to your academic career?

11   A. That's right.

12   Q. And what was your academic career?

13   A. Well, that started as an assistant professor, that's a

14   beginning professor, in the pathology department.

15          So pathology is the study of disease.    And every

16   medical school has a pathology department.    So I was an

17   assistant professor as a beginning professor in the pathology

18   department at the University of Vermont in Burlington,

19   Vermont.    And I was there as -- a professor there for six

20   years.

21   Q. So as a pathology professor at the University of Vermont,

22   were you actually teaching medical students?

23   A. I did.    And that's throughout my career.    You know,

24   it's not at all unusual for Ph.D.s to be professors in

25   medical schools.    We teach the basic sciences to the medical

1    students like biochemistry, embryology, anatomy, the things

2    they need to understand before they go into their medical

3    science.   So that's not at all unusual for Ph.D.s to be in

4    medical schools.

5    Q. And you told us that you were six years as a professor at

6    the University of Vermont.   What did you do next?

7    A. I was offered a position at the National Institute of

8    Environmental Health Sciences.   This is one of the National

9    Institutes of Health.   You maybe have heard of the National

10   Heart Lung and Blood Institute, National Cancer Institute,

11   these are all components of the Federal Government that are

12   focused on human health.

13            The National Institute of Environmental Health

14   Science where I was is obviously focused on how agents in the

15   environment affect human health.   And I was the head of the

16   lung pathology laboratory there for 15 years.

17   Q. And what did you do as -- was this a teaching position?

18   A. No, not primarily.   It was a research position to carry

19   out fundamental basic science research.   My focus was on how

20   asbestos causes disease.   But I had teaching opportunities

21   at nearby Duke University and the University of North

22   Carolina and North Carolina State University, as well.

23   Q. And so the NIHAS is located in North Carolina?

24   A. That's right.

25   Q. And you said you did that for 15 years?

1    A. I did.

2    Q. And, Doctor, what did you then next do in your career?

3    A. In 1993 I was offered a position as a full professor in

4    the medical school at Tulane.  That's what I was telling you

5    about where I spent a large part of my career.  So we moved

6    to New Orleans and I started a laboratory there, again funded

7    by the National Institutes of Health, through this

8    competitive process where professors across the country write

9    proposals to the National Institutes of Health and about --

10   only about 10 to 15 percent of those actually get funded.

11   So it's a very competitive environment.  I compete with the

12   great schools in South Carolina and California and Texas and

13   New York and everywhere across the country.

14        Professors in medical schools try to be supported by

15   the National Institutes of Health.  And my work was

16   supported without interruption by the National Institutes of

17   Health throughout my career.

18        In 1999 I was promoted to vice chairman of the

19   pathology department and we were there through 2005.

20   Actually, 2005 is when Hurricane Katrina came through and

21   kind of blew us to the East Coast.  My wife had already

22   accepted a position at North Carolina State University.  And

23   when Tulane was closed and New Orleans was closed, I went to

24   the Department of Molecular and Biomedical Sciences at North

25   Carolina State sort of as a refugee and I was listed on the

1    website as a refugee.

2         And then the dean of the school there saw my grant

3    portfolio, the support that I had from the National

4    Institutes of Health, and he offered me a position as a

5    professor there.  So that's where I finished the last five

6    years of my career, at North Carolina State.  I retired in

7    2011.

8         From there -- and then 2012, as I said, I was

9    honored with the position of professor emeritus, and that's

10   my current academic position.

11   Q. So what we should take from this is the deans at medical

12   schools like to hire researchers that have a history of

13   getting grants approved?

14   A. Even better than that, if they actually have the grants

15   in their pocket, and, yes, approved, absolutely.  That's

16   exactly right.

17   Q. Okay.  The grant process is that competitive?

18   A. Exactly.

19   Q. And did you have to -- were you competing for grants when

20   you were at the National Institute of Environmental Health

21   scientists or was that automatic as part of the Government?

22   A. Well, it was part of the Government, but you could not --

23   it was still a merit system.

24        So in other words, papers that you got published

25   were judged.  And as you moved through the system, you were

1    competing.  I mean, we had a budget.  I wasn't writing

2    grant proposals, but we had a budget.  And those who

3    successfully were publishing their work and being recognized

4    by their peers in the field moved up through the system.  And

5    I reached the highest level of GS-15 it was called at the

6    time.

7     Q. And, Doctor, has there been a common theme to your -- to

8    your work in the lung pathology labs over your career?

9     A. Sure.

10    Q. What has that been?

11    A. Well, that is to focus on what we need to know about the

12    asbestos diseases.  I mean, today there are no effective

13    treatments for any of the asbestos-related diseases.  So the

14    National Institutes of Health supports laboratories, and not

15    just mine, but other laboratories where we are trying to

16    learn enough about the disease process to block it, to treat

17    it, to develop an effective treatment.

18           For example, there is a disease called asbestosis.

19    That's scar tissue in the lung from inhaling asbestos.

20    Well, we developed a strain of mice that is protected from

21    getting asbestosis because we learned that this particular

22    gene that drives a factor called the tumor necrosis factor is

23    a requirement for the development of asbestosis.  So if you

24    knock that out, you can protect the animals.

25           Now, that's actually the basis -- not based on my

experiments -- but that is the basis for very commonly used drugs, like Humira and other drugs that block inflammation in arthritis and other diseases like that, because this gene is a driving force in inflammation.  And it turned out that we discovered that it's a driving force in this disease, asbestosis.  And we published a whole series of papers on how to block that.

Q. And asbestos is not the only thing that causes lung inflammation?

A. No.  Of course there are a number of things that do.

Q. And how does your -- how does your research affect other causes of lung inflammation?

A. Well, these are general principles.  In other words, while we use asbestos in my laboratory as a model to produce inflammation and scarring and cancer, you could -- you could use other things, as well, and those applications that are broad for other kinds of diseases.  But I mean, I started my career working with the asbestos models, and that's what I've studied, and that's been the focus of my work.

Q. How is it that you came to be interested in using asbestos as a model so you could study inflammatory response?

A. When I was an assistant professor at the University of Vermont, it was sort of an early Saturday morning and I got a phone call from the department chairman.  And he said, We have Dr. Chris Wagner, W A G N E R -- I don't know if you've

1    heard about Dr. Wagner yet, so -- it looks like Wagner -- but

2    he's from South Africa.  He pronounces his name "Vagner".

3         So Dr. Chris Wagner had established in 1960 that

4    asbestos causes mesothelioma, this cancer that I know you've

5    heard about.  And so he was very well-known in the field and

6    he had gone on then to develop an animal model.  And he

7    showed that if you exposed rats to asbestos, they get all the

8    diseases that people do:  Asbestosis, lung cancer,

9    mesothelioma.

10         And here he was, a visit to the department, and the

11    department chairman asked me if I wanted to visit with him.

12    And of course I jumped on my bicycle and ran down there.

13    And sitting across the table from Dr. Wagner who, showing him

14    my work that I was doing, using different kinds of

15    microscopes and electron microscopes and studying human

16    disease, asbestosis and other diseases.  And he asked me if

17    I would like to come and work with him in Wales in the United

18    Kingdom.  He had moved from South Africa to Wales.  And he

19    asked me if I would like to work with him.  And of course

20    this was a spectacular opportunity.

21         I took my young family and we went to Wales in the

22    United Kingdom.  And I worked with Dr. Wagner for several

23    months.  And he showed me how to use this model system,

24    which I brought back to my laboratory as a young scientist,

25    and essentially went into that field knowing that asbestos

1    causes asbestosis, lung cancer and mesothelioma.  But when

2    you asked what sounds like a simple question, Well, where

3    does the asbestos go?  We know it goes in the lung, but the

4    lung is a very complex organ.   Where does it go?  You

5    couldn't go to the library, couldn't go to the medical school

6    and find out the answer to that question.   It was nowhere to

7    be found.  So I started a series of experiments that allowed

8    us to answer that question.

9         And then the next question is, Okay, it goes in the

10    lung, then what?  How do the fibers damage the various cells

11    of the lung?  How does it cause the damage that's required to

12    produce asbestosis?  How does it cause the genetic damage

13    that is required for lung cancer and mesothelioma?  These are

14    the broad questions that we've answered by doing very

15    specific experiments to answer those questions.

16    Q. Now, Doctor, you talked about Dr. Wagner who in 1960

17    wrote about the relationship between asbestos and

18    mesothelioma --

19    A. That's right.

20    Q. -- and the relationship.  When was the relationship

21    between asbestos and asbestosis written about?

22    A. You are saying when?  Was that your question?

23    Q. Yes.  When?

24    A. So that was the early part of that century in the 1920s

25    and '30s were the first cases that were described in the

1    medical literature.   I mean, there was some older cases than

2    that, but these were the first that were in the open medical

3    literature that anybody could find if they looked.   So that

4    was asbestosis.

5    Q. And then lung cancer, Doctor?

6    A. Lung cancer was in the 1950s that relationship, that

7    association between asbestos exposure and lung cancer became

8    clear.

9    Q. And I guess what I'm getting at is tell us whether or not

10   your work was to attempt to determine whether or not asbestos

11   caused these diseases?

12   A. As I say, I mean, when I started my work, we knew that

13   asbestos caused asbestosis, lung cancer, mesothelioma,

14   pleural plaques and other diseases.   The issue was:  How

15   does it do it and how do we develop effective treatments?

16   And like so many diseases, they are so complex that it's

17   taken through -- it's going to take into the future to get

18   the answers.   I mean, there are some cancers that can be

19   treated effectively, but most cannot be because they are so

20   complex.

21   Q. And so do I understand, then, your Ph.D. in cell

22   biology -- so this research that you have done is being

23   looking at what's going on on the cellular level?

24   A. Well, it's different levels.   I mean, it started by

25   looking at the lung, the whole lung, right?  I mean, the

1    epidemiology is -- epidemiology is the study of populations

2    and who gets sick in that population and what they get sick

3    from.   That's the -- that's the science called epidemiology.

4            So scientists start with epidemiology.   In other

5    words -- I'm not an epidemiologist, but I'm saying the

6    epidemiologist tells us where the problems are in society.

7    Who gets sick and from what?  Well, the asbestos diseases

8    were killing hundreds of thousands of people.   So that's a

9    problem.

10           So we started looking.  Like Dr. Wagner, you start

11   looking at the lungs of people.   Well, what does it look

12   like?  What does the disease look like?  How extensive it?

13   And what can we -- what do we have to do to understand what

14   causes it?  What is the process?   We know that asbestos

15   causes it, but how does it do that?

16           So that's where my research is focused.   First by

17   looking at the human lung, recreating that disease in a -- in

18   an animal model.   And I have to prove to my peers that I'm,

19   in fact, reproducing that disease.   I can't just say that I

20   am, I have to prove that this is a re-creation of the human

21   disease in the animal model.

22           And then we go to the cells, the individual cells.

23   And today it's what's called the molecular level.   Genes and

24   genetics.   All of these asbestos diseases are driven --

25   asbestosis, lung cancer, mesothelioma -- are driven by our

1    genes.  Some of it is inherited; most of it is the outside

2    influence of asbestos on specific genes.

3    Q. And does your work have any application beyond asbestos

4    exposure?

5    A. Any disease that is caused by an agent in the environment

6    has some overlap with what we are learning about asbestos.

7    Of course.

8    Q. Doctor, you talked about meeting with Dr. Wagner who

9    discovered this relationship between asbestos and

10   mesothelioma in 1960.  What fiber type was Dr. Wagner

11   studying?

12   A. Well, he was living and working in a hospital in a mining

13   town, essentially.  And this was a Crocidolite mine.  It's

14   the kind of asbestos called blue asbestos.  It's called blue

15   because when you look at the ore and the rock, the mineral

16   gives it a blue tint.  And that's the -- and so here he was

17   working as a pathologist, a young pathologist in this

18   hospital, and here are people coming in with this rare cancer

19   called mesothelioma.  And he determined that essentially

20   every one of these people, whether they were minors or if

21   they lived in the community, essentially every one of them

22   had been working with this Crocidolite asbestos.  And so he

23   made that association.

24   Q. So that was the blue African asbestos?

25   A. That's right.

1    Q. All right.   Doctor, we've talked about -- for how many

2    years have you now been doing this research since you met

3    with Dr. Wagner and went to Wales?

4    A. You are going to date me, right?  So that was -- so I

5    started at the University of Vermont in 1972; 1974 is when I

6    got to work with Dr. Wagner.

7    Q. So you have been doing this work since 1974?

8    A. Yes.   That's correct.

9    Q. And how is it that you share your research with your

10    colleagues in your profession?

11    A. Um-hum.   Well, what we do is we write papers called peer

12    reviewed papers because they are reviewed by our peers.   And

13    then they are published in the open medical literature so

14    that anybody can see what we do.

15    Q. And have you, in fact, published papers in the

16    medical/scientific literature?

17    A. I sure have.  Sure.

18    Q. On what variety of subjects?

19    A. Well, most of them -- I mean, I have 153 peer reviewed

20    papers.   And I have 55 book chapters and invited procedures

21    for meetings and things like that.   So all of the book

22    chapters and proceedings deal with asbestos and lung disease;

23    all of -- most of the 153 peer reviewed papers, probably 120

24    or so of them deal with asbestos disease:  Asbestosis, lung

25    cancer, mesothelioma.   And those that do not, I published

1    several papers on viral diseases, lung diseases and asthma.

2    Q. So for instance, I'm looking at your 60th publication,

3    which was called *Asbestos Content of Lung Tissue and Asbestos*

4    *Associated Diseases* in the *British Journal of Industrial*

5    *Medicine* in 1986.

6    A. Okay.

7    Q. That would be an example of a peer reviewed publication?

8    A. Sure.  The *British Journal* is a very good journal, yes.

9    Q. And that's the reason I picked that one.  Unlike a lot

10    of these journals, somebody might have heard of the *British*

11    *Journal of Industrial Medicine*?

12    A. That's true, they may.

13    Q. Or the magazine *Chest*?

14    A. Right.

15    Q. That's a magazine for who?

16    A. That's mostly for chest physicians, doctors who are

17    interested in the latest updates in the basic science of lung

18    disease.  But I published a number of papers in the *American*

19    *Journal of Pathology*, the *American Journal of Respiratory and*

20    *Critical Care Medicine*.  There are a broad series of science

21    journals that I have published in.

22    Q. And in fact, the one that I picked out, your 60th

23    publication, you're published with a Dr. Roggli and a Dr.

24    Pratt?

25    A. Right.

1    Q. Okay.   And we told the jury that Dr. Roggli is actually

2    going to be a witness in this case via videotape.

3    A. Okay.

4    Q. So you are familiar with Dr. Roggli?

5    A. Of course.  Of course.  Dr. Roggli is a pathologist at

6    Duke University.   He and I published a number of papers

7    together.  Sure.

8    Q. And we also told the jury that Dr. Richard Kradin, Mass

9    General, is going to come tomorrow.   You know Dr. Kradin?

10    A. Sure I do.   And he and I -- actually, he was editing a

11    book and he asked me to write a chapter in a book.

12    Q. So you have published with him, as well?

13    A. I have.  Yes.

14    Q. And you mentioned invited -- well, what did you say, is

15    invited --

16    A. Well, um, so I have been asked to speak at a number of

17    different universities around the country and around the

18    world, actually.   And many times the results of that

19    conference are published.   So they are not peer reviewed,

20    but they are compiled into a review of a topic.   And they

21    would appear -- if I write that, it would appear in that

22    section of my CV.  Or if somebody was writing a book, like

23    Dr. Kradin was publishing a book, I might be asked to write a

24    chapter on asbestos or on some topic related to that.   And

25    I've done that a number of times.   And those are not peer

1    reviewed, they are -- I pull together my peer reviewed work

2    and set it up as a review.  And that's what that section of

3    my CV is.

4      Q. Give the jury kind of a flavor for who might ask Dr.

5    Brody to come give a talk and --

6      A. Um-hum.

7      Q. -- in a proceeding and where those proceedings might be?

8      A. Um, so there are -- the couple of different situations

9    where I might be asked to give a talk.  The most common one

10   would be like at a university.  Like for example I have been

11   asked by the Harvard School of Public Health a couple of

12   times to come and give talks there.  The University of

13   Southern California, UCLA, schools in New York and Florida

14   and Texas and many schools around the country have asked me

15   to come and give a talk to the scientists and the medical

16   students at that particular university.

17            I might also be asked to give a talk at a

18   conference.  For example, I was asked two years ago to give

19   a talk in Australia.  And we went to Australia and I gave a

20   talk there.  I was a visiting professor at the Medical

21   College of Beijing in China and was out there for two weeks

22   working with the medical students.  Things like that.

23   There are a number of pages of invited talks that I've --

24   that I've done.  And I've lectured to the medical students

25   on these topics for decades.

1     Q. And, Doctor, you've got a slide show you are going to

2     show us later which kind of goes through your -- the results

3     of what you've learned over the years in observing asbestos

4     inhalation among animals and where the asbestos goes and how

5     it affects cells.

6     A. Right.   So these are slides that most of which I've

7     taken with various kinds of microscopes.   I use these slides

8     to explain to the medical students what is happening.   I

9     have shown them to many juries before.   I used some of these

10    slides in China and Australia and everyplace else.   Anyplace

11    that I'm asked to give a talk, I use some of these slides.

12    And there is a lot of overlap in the way I explain things.

13    I use a different vocabulary for a jury than I would for the

14    medical students.   But other than that, the concepts are the

15    same.

16    Q. And I was just going to ask you that: Because of the

17    work that you've done and the results that you've shown, have

18    you been asked by lawyers like me to come and teach juries

19    about how asbestos gets into our bodies and causes disease?

20    A. Many times.   And by companies, as well.

21    Q. And you've done that with me on prior occasions?

22    A. I have.   Sure.

23    Q. And you've been asked to do that in different places

24    around the country?

25    A. I have.   In fact, your law firm -- I don't even know if

1    you know this -- but your law firm was the very first one to

2    ask me to come into a courtroom.    That was 1989.    It was

3    15 years after I started my interest in asbestos disease.

4     Q. And when my firm has asked you to testify, it's always

5    been about your research?

6     A. That's right.

7     Q. All right.

8            MR. HERRICK:    Your Honor, may I approach?

9            THE COURT:    Sure.

10    Q. Let me hand you, Doctor, what's been marked as Exhibit

11    SCGP 132 --

12    A. Okay.

13    Q. -- and ask if you can identify that.

14    A. Yes.    This is a report that has been compiled for these

15    proceedings.

16    Q. Okay.    And does that also have with it a copy of your

17    curriculum vitae?

18    A. Yes, it does.

19    Q. And tell the -- I use the term "curriculum vitae".

20    That's a fancy term for resume that you doctors like to use,

21    right?

22    A. That's correct.

23    Q. That's basically what we have been talking about here is

24    your qualifications, your educational background, the various

25    positions that you've held, and a list of your publications?

1    A. That's right.   It's all here.

2    Q. Now, you told us that -- that you retired in 2011 and

3    went to emeritus status at Tulane Medical School?

4    A. That's right.

5    Q. Describe for us how does that work with respect to the

6    lab and your publications?

7    A. Um-hum.   So when I was there as the vice chairman, I

8    hired a number of young people just starting their academic

9    careers.   Two of them -- well, several of them -- but two of

10   them are still there that I work with.   A number of people

11   that I hired are still there, but two of them I work with

12   very closely.   And on my CV are their publications that I've

13   coauthored with them.   And we continue today to, as I said,

14   continue that line of research.

15          So for example, there is the disease lung cancer.

16   Now, lung cancer is not mesothelioma.   Lung cancer has a

17   different target cell that I'll show you.   And lung cancer

18   is caused, as we know, by cigarette smoking.   But if somebody

19   smokes cigarettes and they are exposed to asbestos, they are

20   much more likely to get a lung cancer than they are from

21   asbestos alone or cigarette smoke alone.   In other words,

22   you can't just add the risk -- both of those create a risk,

23   asbestos lung and cigarette smoke lung, but you don't just

24   add those risks; you multiply those risks.

25          So behind that is a mechanism.   There is a

1    biological mechanism that we don't know.   We have some

2    hypotheses, we think we know what is going on, but we are

3    trying to test that.   And that's some of the work that's

4    going on right now at Tulane with one of those collaborators.

5            And then another thing that we are studying at

6    Tulane is an area called stem cells.   Now, you have probably

7    heard of stem cells.   These are not embryonic stem cells.

8    Every one of our tissues has a stem cell population from

9    which that tissue developed.

10           So for example, your skin.   You always have to make

11   new skin.   You are always losing skin.   You always have to

12   make new skin.   We have stem cells that are underlying this

13   top layer of skin and they are producing new skin cells.

14   Now, those cells can actually become tumor cells.   It's

15   called -- these can be what are called cancer stem cells.

16   And any kind of tumor, the stem cell can be a central part of

17   that.   And that's the same with lung cancer.   And in fact, we

18   published a paper showing the cancer stem cells in

19   mesotheliomas.

20           Now, with my other colleague, we are following this

21   up by exposing animals to asbestos and finding where those

22   stem cells are multiplying and developing and how they become

23   cancer cells.

24           So that's what I'm doing with my emeritus status,

25   being able to continue that kind of work with my former and

1    present colleagues.

2     Q. All right.

3              MR. HERRICK:   Your Honor, I would move Exhibit SCGP

4    132 into evidence at this time.

5              MR. MCDONALD:  Does that include his report?

6              MR. HERRICK:   It does include the report.

7              MR. MCDONALD:  I think we are going to take the

8    reports out.  We'll make that housekeeping.  Otherwise, it

9    comes in.

10              THE COURT:  Without objection.

11              (Thereupon, Plaintiff's Exhibit Number 132 was

12    received in evidence.)

13              MR. HERRICK:   And, Your Honor, at this point in

14    time I would offer Dr. Brody as an expert in cell biology,

15    and particularly, the cellular and molecular affects of

16    asbestos exposure.

17              MR. MCDONALD:  I agree that Dr. Brody is qualified.

18              THE COURT:  Okay.  So qualified.

19              MR. HERRICK:   Your Honor, this would be a good

20    point to break for lunch if the Court is so inclined.   The

21    balance of Dr. Brody's testimony is about 45 minutes.

22              THE COURT:  You can go to lunch right now.  Don't

23    discuss the case among yourselves, don't let anyone discuss

24    it with you.  We'll start again at 2:00.  Okay?

25              (Thereupon, the jury retired from the courtroom.)

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

1                    THE COURT:  Okay.   I'm looking at this bifurcation

2        stuff.   The trigger mechanism is that the defense requests

3        it.

4                    MR. MCDONALD:  Okay.

5                    THE COURT:  Okay?  So are you requesting it?

6                    MR. MCDONALD:  I am requesting it.

7                    THE COURT:  I'm not so sure it applies, but if you

8        are not going to request it, I don't have to worry about it.

9                    MR. MCDONALD:  I was concerned that maybe -- I

10       didn't want to interrupt things, your charge and stuff like

11       that, but -- I don't know if I let the horse out, but

12       certainly I want to apply the caps.   I mean, even if I can't

13       bifurcate.

14                    THE COURT:  Well, this statute says the caps do not

15       get revealed to the jury anyway.

16                    MR. MCDONALD:  Sure.   But I just want to make sure

17       we are heading that way.

18                    THE COURT:  Okay.

19                    MR. MCDONALD:  Because the diagnosis was in July of

20       2012, so --

21                    THE COURT:  So are you or are you not moving to

22       bifurcate this trial, assuming that this statute is relevant?

23       You can think about that over lunch.

24                    MR. MCDONALD:  Thank you, Judge.   It makes it so

25       complicated to bifurcate.

1           THE COURT:  I agree with you.   We are heading down

2      the same path.  I don't have any problem.   There is going to

3      be some questions, we've got to do some research on it.

4      There is something in here about it controls the admission of

5      evidence.

6           MR. MCDONALD:  That's right.

7           THE COURT:  And I would say that my Army is bigger

8      than the South Carolina Army.  So I don't think this will

9      control the admission of evidence.

10           MR. MCDONALD:  When you think about it, what's

11      relevant for negligence, except for like financial

12      information, it's pretty close.

13           THE COURT:  So I'll just wait for y'all to make that

14      decision.   If we want to go down that road, we'll have to do

15      some work.   If we don't want to go down that road, then

16      we'll just call it a bump in the road, all right?

17           MR. MCDONALD:  Sure.

18           THE COURT:  We'll see y'all at 2:00.   Thanks.

19           (Thereupon, there was a lunch recess.)

20           THE COURT:  Ready to go?

21           (Thereupon, the jury returned to the courtroom.)

22           THE COURT:  Y'all can sit down whenever you want to.

23      That's fine.

24           Mr. Herrick?

25           MR. HERRICK:   Thank you, Your Honor.

1    Q. Good afternoon, Dr. Brody.

2    A. Good afternoon.

3         MR. HERRICK:  Good afternoon, ladies and gentlemen.

4    Q. Before we broke for lunch, we were discussing your

5    research work in the mechanisms of how asbestos causes

6    disease and various diseases including inflammation,

7    asbestosis or cancer.  Can you tell the jury kind of how

8    your laboratory is set up and what sort of things are going

9    on in there?

10   A. Right.  So we start in -- so a basic science laboratory

11   is one where you are trying to answer questions where the

12   answers are not available.  I mean, that's what moves the

13   field forward.  And so you have to know what other

14   scientists are doing.  And then you kind of fill in the spots

15   as you are trying to understand these very complex disease

16   processes.

17        So for example, we start -- as I mentioned, we start

18   with a human disease by looking at the lungs of people, but

19   then in my laboratory we have three layers of inquiry.

20        One is using the animal model.  Now, think about

21   any human disease.  Just about every human disease has in the

22   animal model, like tuberculosis, HIV, a number of different

23   cancers, scientists have been able to produce a model system

24   that allows you to understand the human disease.

25        I'll give you a good example.  The disease

1     tuberculosis, which was called consumption, and killed

2     millions of people through the Millenia, through the

3     centuries.  Earlier in this century and in the last

4     century -- I'm sorry -- in the 1940s and '50s some scientists

5     decide -- found out that the same bacteria, microbacteria

6     that causes bacteria in people causes the same disease in

7     mice.  So now all of a sudden there was a way to start

8     testing antibiotics, treat -- give the animals the disease

9     that people get, treat them with antibiotics and see which

10     ones work.

11          Decades later, they found a couple of very powerful

12     and very effective antibiotics that are used today because of

13     that animal model that they were able to develop.  They are

14     now -- we've found that there are some resistant strains of

15     tuberculosis, and they are very difficult to treat, but the

16     concept hasn't changed.

17          Now we are using the asbestos model to answer

18     certain questions.  And as we go through the slides I'll

19     explain what questions we are actually asking.  So that's

20     the animal model.

21          Then the next point is to study the actual cells

22     from which the disease develops.  So for example, asbestosis

23     is scar tissue in the lung from inhaling asbestos.  Well,

24     what cell makes scar tissue?  If you cut your skin and you

25     get a scar where you cut it, that's because there is a

1    particular cell there called a fibroblast.  A fibroblast

2    makes connective tissue wherever you need it in your body.

3    So if you take your skin and you pinch it and let it go, it

4    will pop back because we have this connective tissue that

5    holds us all together, all made in just the right amount by

6    this cell called a fibroblast.   Now, when you injure the

7    surrounding tissue, the fibroblast starts making more of this

8    connective tissue and you get a scar.

9         Now, in your skin you don't think much about it, but

10   if asbestos is injuring the lung and the fibroblast starts to

11   grow, you get scar tissue in your lung, you get short of

12   breath, you can't take a deep breath.   So we've done a whole

13   series of studies on the fibroblast, understanding what makes

14   that cell grow and make connective tissue.   So that's an

15   example.   There are a whole series of other kinds of cells

16   we've studied in the lung.

17    Q. Doctor, so what type of a, for lack of a better term, of

18   equipment do you use to look at the fibroblast?

19    A. So you need to -- the cell is way below what you can see

20   with the naked eye.  We need to use different kinds of

21   microscopes, particularly electron microscopes.   We use

22   light microscopes, as well.

23        And then finally -- I'll just complete this

24   thought -- finally, we go to the genetic level -- I think I

25   mentioned this earlier -- which genes are driving the

1    disease?

2          So take the fibroblast again for a minute.   There

3    is a particular gene that codes for this connective tissue.

4    Well, this fibroblast, that gene gets turned on and starts to

5    make the connective tissue.   By the same token, I'm going to

6    explain to you that cancer develops when there are errors in

7    genes that control cell growth.   Cancer is the loss of

8    control of cell growth.   So we are studying in the

9    laboratory at the genetic level what causes -- how asbestos

10   causes errors, mistakes in those genes that control cell

11   growth.   So those are the kinds of things that are going on

12   in my laboratory.

13   Q. Doctor, while you are talking about genes, what's the

14   difference between a gene and a genome?

15   A. Well, the genome is the entire universe of the genes that

16   make us what we are.   There is actually a Human Genome

17   Institute now.   So I told you about the National Cancer

18   Institute, Heart Lung and Blood Institute, I was at the

19   Institute of Environmental Health Scientists, there is

20   actually a National Human Genome Institute.   It's the most

21   recent -- it's the 25th of the 25 institutes.   Because in

22   that institute we are trying to understand what all of our

23   genes do.

24          Humans have about 20,000 or so genes that make us

25   what we are.   Well, what do they do?   What do they all do?

```
 1        We know what about 80 percent of them do because of this
 2        Human Genome Institute.  And the genes are the individual
 3        actors that make us what we are.
 4         Q. And are they -- is this institute these -- you know, if
 5        we -- we've heard of the Human Genome Project.  Who is doing
 6        that?
 7         A. Those are scientists at the institute and also from
 8        grants that are provided that are won -- W O N -- that are
 9        won by the great universities across the country to study the
10        human genome.
11         Q. All right.   Now, Doctor, have you prepared a PowerPoint
12        presentation which kind of takes us through the inhalation of
13        asbestos and its affect on the body?
14         A. Yes.
15              MR. HERRICK:   Your Honor, with your permission,
16        I'll ask the Doctor to go ahead.
17              THE COURT:  Sure.
18              MR. HERRICK:   There we go.   Thank you.
19         Q. Now, what do we have here, Doctor?
20              THE WITNESS:  Can I stand?
21              THE COURT:  Yeah.
22              THE WITNESS:  Thank you, Your Honor.
23              THE COURT:  If you go down, if you can keep your
24        voice up so Amy can hear you.
25              THE WITNESS:  I think I'll stand right here.   Would
```

1      that be okay?

2                  THE COURT:  No problem.

3                  THE WITNESS:  And then I can talk to the jury and I

4      can point at the screen.

5       Q. This appears to be a diagram of what, Doctor?

6       A. Right.   So this is obviously a diagram I have taken from

7      a textbook.  And I know you know where your lungs are, but I

8      just want to remind you that when you take a breath, the air

9      comes through this tube called the trachea, or the windpipe.

10     You can feel the top of your windpipe in the Adam's apple.

11     The breath goes down a series of tubes called conducting

12     airways, because they conduct air down into the lungs.   And

13     then you can see in among the tubes there is a lot of space,

14     and that's where we exchange oxygen and carbon dioxide.

15     I'll show you what that looks like in a second.

16                  And then this black line that runs around the

17     outside of the lung, that represents the pleura, P L E U R A.

18     The pleura is a very thin -- I mean saran wrap thin --

19     membrane that wraps around the outside of the lungs, makes

20     the lungs airtight like balloons.

21                  There is a single cell layer around the outside of

22     the lung and those are called mesothelial cells.   So if

23     somebody has a cancer of the mesothelial cells, it's called

24     mesothelioma.

25                  Now, I can -- I sort of used this diagram as a map

1    to show you where the different asbestos diseases develop.

2    Lung cancer develops in the walls of these tubes.

3    Asbestosis develops out in the gas exchange area.    And then

4    as I indicated, mesothelioma develops on the surface of the

5    pleura.    It also can develop on the inside surface of the

6    rib cage because there is a mesothelial surface there, as

7    well.    And every time you breathe, your lungs rub up and

8    down against the inside of your rib cage, but you don't feel

9    that.    You are not supposed to feel that because the

10   mesothelial cells are making a fluid that produces the

11   friction between the two layers.    And that's the function of

12   the mesothelial cell, so you don't feel it when you breathe.

13          And that's why when somebody starts developing a

14   mesothelioma, it can be very painful because you are not --

15   the lungs aren't moving correctly, okay?

16          So I use diagrams a lot, and diagrams are very

17   helpful.    But it also -- and in many cases we have to use

18   different kinds of microscopes.    We have to use sometimes an

19   electron microscope.    And this is what the electron

20   microscope looks like that I had in my laboratory.    This

21   microscope actually was a victim of Hurricane Katrina.    I

22   had this for many years.    Very expensive, hundreds of

23   thousands of dollars.    They last a long time.

24          And I can take a piece of tissue as small as a

25   period at the end of a sentence or as big as this device I

1    have in my hand and put that tissue into this door right here

2    in front of me.   And I see the -- I'm not sure -- you can

3    see the way the picture should look.  By looking over here on

4    this screen over here, you can see how bright and the colors.

5    But over here I guess it's washed out by the lights.

6         But anyway, so we enter the tissue into this door.

7    And at the top of the column there is an electron gun and the

8    column has been evacuated.   So there is a vacuum in the

9    column.  We generate the electrons at the top of the column.

10   They come through the vacuum and strike the sample that I put

11   in the microscope.   So the electrons then pass over the

12   surface of the tissue, and at the ultramicroscopic level

13   recreate what that material looks like.  That tissue that I

14   put in there, the details are recreated by the electrons.

15   Then I can collect the electrons with these electronics.  And

16   in front of me appears on this screen is an image of whatever

17   it is I'm looking at, which I can magnify hundreds of

18   thousands of times.   And then just off of the screen is a

19   camera.  So I can take a permanent image of whatever it is

20   I'm looking at.

21    Q. Is that all one piece of equipment, Doctor?

22    A. Yes.  That's right.   The column and the electronics and

23   the screen and -- yeah, all these switches and things down

24   here are to magnify and enhance the image and lights and

25   darks and contrasts and things like that.

1    Q. So is that an indirect way of looking at a specimen?

2    A. Well, it is in a sense because the electrons are actually

3    forming the image.  And then you collect the electrons and

4    produce that, yes.  So they are called -- right -- and they

5    are called secondary electrons.

6    Q. And how long have electron microscopes been around?

7    A. Let's see.  The first ones were available commercially in

8    the 1950s, '60s.  Then this -- and that was before this

9    generation -- because I'm going to show you, you get a

10   three-dimensional perspective with this kind of microscope.

11   That three-dimensional perspective was not available until

12   the '70s, or middle to late '70s.

13   Q. And for how long, Doctor, have you been working with

14   electron microscopes?

15   A. Actually, my Ph.D. started using -- and that was in -- I

16   don't know, gosh, let's see -- that was in 1968, '69 I

17   started using some of the very first commercially available

18   electron microscopes.  So since then.

19          And the next picture I'm going to take a piece of

20   the lung out and you are going to see the pleura running over

21   the lung and you are going to see the conducting airways

22   going up into the lung.  So I'm going to cut this out.  I

23   put it into the door into the microscope and I take a picture

24   of it.  And it looks like this.

25          And you can see that the lung is made up of hundreds

1    of thousands -- hundreds of millions of small air spaces.

2    You can see some of those conducting airways going up into

3    the lung.    And you can see the pleura.    You see how thin

4    the pleura is when I cut across the face of the lung.    And

5    the mesothelial cells sit out here on the surface of the

6    pleura.

7    Q. So when people say our lungs look like a sponge, this is

8    what they are talking about?

9    A. Exactly.    Of course it's a sponge for air rather than

10   water.

11            So what is happening is -- so the air -- the room

12   air has about 20 percent oxygen.    So you take a breath and

13   the air fills these millions of air spaces.    And I'm going to

14   show you in a minute that running through the walls of these

15   air spaces is the blood.    All the blood in our bodies has to

16   run through our lungs.    And it picks up the 20 percent

17   oxygen and sends it to our brain and our fingertips and our

18   toes and our muscles.    And you use up that oxygen and you

19   produce carbon dioxide and it comes back to your lungs and

20   you exhale.    And that's going on all the time in our lungs.

21   And that's the function of our lungs, to respire.

22            Now, I also should tell you that if a rat or a mouse

23   went running by you right here would be doing exactly what

24   you are doing, inhaling and exhaling the room air using

25   exactly these same structures, extracting the 20 percent

1    oxygen, doing just what we are doing.  And since they are

2    using the same cells and they get the same diseases as we do,

3    we can use them as these -- this model system as I described.

4         Now, we have -- humans and animals and rats and mice

5    and all other air breathing animals have a series of defense

6    mechanisms that protect us.   So that --

7    Q. What are those?

8    A. Okay.   So that means that as we walk around the street,

9    outside here or anywhere else where there are in the

10   environment a lot of different things that could make us

11   sick:  Bacteria, viruses, pollen grains, a few asbestos

12   fibers, these are things that are always in the environment

13   yet they don't make us sick.  Typically they don't.   And

14   they don't because we have very good defense mechanisms that

15   protect us.   Our nose hairs, the very first defense

16   mechanism, captures a lot of things.  The moisture, the mucus

17   and the moisture in the back of our throats.   Very effective

18   in trapping a lot of things that we inhale.   But a lot of

19   those things go right past that, those defenses, and land

20   down in our airways.  So in our airways we also have very

21   effective defense mechanisms, and I'm going to show you what

22   that looks like.

23        So I'm going to fill the screen with what's in that

24   red spot.   Now, it could be anywhere along the air space,

25   airway surfaces, but I'm going to pick any spot here and I'm

1    going to fill the screen.    I'm going to take a picture.    And

2    this is what the surface of our airways looks like.    You can

3    see if they are lined with these little hairlike structures

4    down here, and they are not hairs at all, they are extensions

5    of the cell surface called cilia.    C I L I A.    And they are

6    constantly beating in a wave-like fashion.    So that if

7    something lands on our cilia, gets swept up to our mouth and

8    we swallow it or spit it out.

9     Q. Doctor, this has a key down there, or a little marker

10    down there.    What is that?

11     A. Right.    So this is a size marker, because we always want

12    to know how big and small these things are.    Particularly

13    asbestos fibers, we want to know if they are big fibers,

14    small fibers.    And so we can use the size marker to know.

15          For example, this is 10 microns.    That's the Greek

16    sign for micron or micrometer.    So it's easy to see 10

17    microns.    It's easy to see 10 microns because I magnified

18    this tens of thousands of times.    The question is how big is

19    a micron?

20     Q. How big is a micron?

21     A. You take your thumb and your forefinger and you make a

22    little space you can just barely see with your naked eye --

23    naked eye, meaning no microscope, no magnifying glasses, just

24    what you can see -- that's about a millimeter.    So the human

25    eye can resolve just about a millimeter.

1          Now take that millimeter and divide it a thousand

2     times.  So what you've done is you've made a thousand

3     microns.  Now obviously you can't -- you can just barely see

4     a thousand microns, you can't see a hundred, you obviously

5     can't see ten, but with the electron microscope it's easy to

6     see 10 microns.   If you want to know how long the cilia are,

7     you just stand that bar up with your mind's eye and you will

8     see that they are about 10 microns long.

9          Now, also notice that there is some cells here that

10    don't have cilia, they are kind of naked, and those cells

11    make mucus.   And you don't think much about mucus unless you

12    smoke cigarettes or you have a cold and you can feel that

13    mucus being brought up to your mouth or you cough it up and

14    you swallow it or spit it out.   And that's an important

15    function of the airway is to make mucus.  And that's one of

16    the ways we clear things out of the airways.   And this

17    combination of mucus and cilia we call the mucociliary

18    escalator because it escalates things up to our mouth where

19    we can swallow it and spit it out.   And this is working all

20    the time.

21     Q. Now, Doctor, you mentioned that there are different

22    target cells for different types of lung cancer.   And I

23    think what you said was that lung cancer occurs in conducting

24    airways?

25     A. Yeah.   You are looking at the target cell for lung

1    cancer.

2    Q. Which -- we've got two different types of cells there?

3    A. Right.   So the cell that makes mucus and the cell that

4    becomes mucus cells, the stem cell that becomes mucus cell --

5    and the mucus cells are the -- are the target cells for lung

6    cancer.   So as a person inhales cigarette smoke day after

7    day after day, the carcinogens cause genetic damage in these

8    cells and eventually can become cancer cells.   I'll explain

9    how that happens in a few minutes.

10    Q. Okay.

11    A. Okay.   So let's go back now out to the end of the airway

12    and out into the gas exchange, because I want to show you

13    that asbestos fibers land out here, but we have to get the

14    asbestos fibers to the target cell for mesothelioma, and

15    that's out in the surface of the lung.   So I'm going to show

16    you this for just a minute and talk about these air spaces.

17          So let's go past the escalator and out to the -- I'm

18    sorry -- and out to the end of the airway where it opens out

19    into the gas exchange.   And you can see a few of the air

20    spaces that we have in our lungs.   It's a little hard to

21    see.   If you can see this one closely, you can see little

22    holes in the walls where the blood runs.

23          Now, each of these air spaces fills with the room

24    air or whatever air we are breathing and whatever

25    particulates are in that air, some of them get caught in the

1    nose, some in the back of the throat, some go right down and

2    land on the floor of the air spaces.   So when we talk

3    about -- when I talk about these air spaces, I think it's

4    helpful if you think about this room that we are in as an air

5    space.   And you take the ceiling off and think of this air

6    space we are all sitting in now, and if you look down on the

7    floor I see -- I think I see some good carpet squares.   If

8    you think of each carpet square as a cell, then you have a

9    concept of what the cells look like that cover all of our air

10   spaces.  Big, flat cells go up over the wall into the next

11   air space and cover with a complete carpet all of our air

12   spaces.

13        Now, it turns out that that is a pathway for the

14   asbestos to get out to the pleura.   And I'm going to show

15   you how that happens, but I want to show you what that looks

16   like first because I'm going to take us into a single human

17   air space.   So it could be any one of these air spaces.   And

18   I'm going to put the microscope -- you take the ceiling off,

19   right?  And I hang over the top of the room and we are going

20   to focus right down on the carpet.   So here we are now in a

21   single human air space.   And I'm outlining for you one of

22   the carpet cells, but nature doesn't make squares very well;

23   nature makes smooth, rounded surfaces.   So that's a carpet

24   oval, I guess you could say, rather than a carpet square, but

25   the concept is the same.   And it's next very tightly

1    enclosed.  This is the ridge between this cell and this cell.

2    And you can see how these -- there are these big, flat cells

3    that make up the carpet.

4     Q. Now, obviously this is a higher magnification than what

5    we were just looking at?

6     A. That's right.  We were looking at these individual

7    spaces.  But now if you want to actually see what the carpet

8    looks like, I focus in, I focus in on a single air space and

9    now we can see them.

10         So there are these big, flat cells, and then there

11    are these smaller cells with the bumps all over them.   And

12    these are two different kinds of cells that line all of our

13    air spaces.   And I'm going to give you the big word for

14    these cells.  These are epithelial cells.   And epithelial

15    cells cover surfaces.  Your skin is an epithelium.  We call

16    it epidermis.

17         Now, these epithelial cells are of two types:  There

18    is this big, flat epithelial surface, and then there is the

19    smaller cells with the bumps all over them.   So that if the

20    big, flat cells get injured by infection, by asbestos, by

21    whatever the case may be, these smaller cells start to divide

22    and take their place.

23         We -- every one of our air spaces has a repair

24    mechanism because there are a lot of ways for lungs to get

25    injured.  And we know that asbestos is one of them.   We've

1    published a whole series of papers on how these cells respond

2    to asbestos.   And when I say "our lungs," I'm talking about

3    you and me and rats and cats and guinea pigs and dogs and

4    giraffes and elephants.   Everything that inhales air has

5    these exact same cells and structures.

6    Q. We talked about on this slide the flat carpet cells.

7    A. Right.

8    Q. And then the fluffy cells.

9    A. Right.

10    Q. Are those two different type of cells?

11    A. They are both epithelial cells.   And it's not often that

12    you have such an easy descriptor that separates them.   But

13    the type -- but the big, flat cells are type 1 epithelial

14    cells and the other ones are type 2 epithelial cells.   So

15    that's just the way that we differentiate between the two.

16    And if the type 1 cells are damaged, the type 2 cells grow

17    and flatten out and take their place.

18    Q. So the type 2 cells become type 1 cells?

19    A. Exactly.   It's called -- the process is called

20    differentiation.   From one cell type to another.

21    Q. And that's something that has been studied and we know

22    about, at least you know about?

23    A. We even knew that when I was a youngster.   This is

24    something we've known about the lung for a long time.   Now,

25    we didn't know that asbestos caused damage to these type lung

1    cells until I started my work, and then we wrote the paper

2    that described that.

3              Okay.  So we have one more line of defense.   So I'm

4    going to take us down -- even further down on to a human air

5    space.  I'm going to show you our last line of defense and

6    then we'll talk about asbestos.  So I'm going to focus the

7    microscope right down here on the carpet.  Remember the cell

8    with the bumps all over it?  Focus right here.   And now

9    there is the cell with the bumps.   And if you want to see

10   how pretty it can actually be, you can look over here on this

11   screen and see the really nice definition of these cells.

12             So here is the carpet, the type 1 epithelium down

13   here.  Here is the type 2 epithelium.   And then there are

14   two actors -- two other actors here.  There is this one kind

15   of ruffled, not going anywhere, then there is this cell that

16   is kind of stretched out.   And this has a tail end and a

17   couple of what are called false feet out in front of it.

18   And I caught this cell in the act after it was going after

19   this pollen grain right here.

20             This lung once belonged to somebody who was killed

21   in a motorcycle accident.   I was on the medical examiner's

22   autopsy call and I went in and prepared this person's lung

23   within a couple of hours of death.   And I -- as I went from

24   air space to air space with the microscope looking for

25   interesting things to show the medical students, I saw these

1    two cells sitting on the air space surface on the carpet.

2          Now, we have these cells called macrophages, macro

3    means big and phage means eater.  They control our air space

4    surfaces.  They pick up things that don't belong there.

5    When this guy was riding along on this motorcycle, I'm sure

6    he was inhaling a lot of different things.  One thing we

7    know he inhaled was this pollen grain right here.  And it

8    zipped right past the escalator, right past the cilia and

9    landed on the carpet.

10          We don't want any kind of foreign particles sitting

11    on the epithelial carpet of the lungs.  And these cells have

12    very sensitive chemical detectors that allow them to find

13    foreign particles.  And this one was on the way to pick up

14    this pollen grain. It was going to take the pollen grain into

15    the substance of the cell; digest it; break it down.  Not

16    digest it for nutritional purposes, but to break it down.

17    And then the cell crawls up onto the escalator.  Every time

18    you swallow, you swallow a few of your friends, these

19    macrophages.  They are constantly clearing our air space

20    surfaces of things that don't belong there.

21          And we keep making new macrophages in our bone

22    marrow.  When the bone marrow cells reach the lung, they come

23    out and settle in the lung and they do that in the liver and

24    the brain and all parts of the body.  We have these

25    macrophages that keep things clean.  They are particularly

1    important for finding bacteria and infectious agents, agents

2    that typically don't make us sick because we have this very

3    important defense mechanism.

4          Now I'm going to show you that these cells recognize

5    the presence of asbestos.  We discovered the chemical signal

6    through which they find the asbestos fibers in the lung.

7    But it turns out that the asbestos fibers are toxic, and they

8    kill the macrophages, or many of them, and the macrophages

9    become part of the disease process.

10          So here is where our defense mechanisms do what they

11    are supposed to do and actually get killed by the agent

12    that's inhaled and become part of the disease.  And that's

13    the case with a lot of things with the immune system, the

14    immune cells respond, get damaged by the agent thereafter and

15    it becomes a disease process.

16    Q. Now, Doctor, these macrophages, are those -- is that a

17    single cell?

18    A. Yeah.  So this is one cell that hadn't recognized a

19    foreign agent.  So it's not stretched out and going after

20    anything right now.  So it's stationary while this is another

21    cell that was on the move when I fixed it, so to speak.  And

22    "fix" means -- has a real meaning because it means I used a

23    chemical agent that stops all the lifelike activity and so it

24    remains in a lifelike condition, but not going to change now.

25    It's fixed.  And all of us have about one to three

1    macrophages in every one of our air spaces if you don't

2    smoke.   If you smoke, you have hundreds because they are

3    always trying to clean up the mess.   But they're, as I say,

4    an essential part of our defense mechanism.

5    Q. And the macrophages, those cells, they are not attached?

6    A. They are attached, but by a biological glue, okay?   In

7    other words, they can control how attached they are.   By

8    releasing -- you can see right here.  And here is the tail

9    end of the cell and it is attached to the epithelium.   And

10   here you can see it's not as attached.

11        But so there are points along the cell that are

12   attached to the substrate, meaning whatever is underneath it.

13   So we can take these cells out and put them in a dish, a

14   plastic dish or a glass dish and give them the right kinds of

15   nutrients, and they will move along in the glass dish.   And

16   we can feed them asbestos or whatever bacteria, whatever we

17   want to, to study the biology of these cells.

18   Q. And when one of these -- say for instance this fellow on

19   the motorcycle kept going and the macrophage grabs the pollen

20   grain and then gets on the mucociliary escalator and gets

21   either coughed out or swallowed, how does another macrophage

22   get into that air space?

23   A. The blood is going into the walls.  So if I took a big

24   saw and I cut up this room and I held the cut surface, you

25   would see the carpet, the floorboards, and then you would see

1     the interstitial space of the building.  The interstitial

2     space is the word commonly used for the spaces between the

3     floors and the walls, from one room to the next.  So what's

4     in the space?  Plumbing, contract, you know, building

5     materials, whatever you need to keep it together.   Do the

6     same thing in the lung.   Cut through the air space in the

7     lung, hold up the cut surface, as I have many times, and what

8     do you see?  You see blood, blood vessels going through

9     there, connective tissue, nerves, things that are required

10    to -- for life, okay?

11         And so you take a breath and the air -- the oxygen

12    diffuses through the carpet and into the blood.  And if there

13    are -- if you don't have the two or three macrophages that

14    you need in every air space, there is a chemical signal, a

15    chemical balance, so that any macrophages -- new macrophages

16    made in the bone marrow, when they get to the lung, they

17    detect it and they come out.   They migrate from the blood

18    flowing underneath up through the carpet and plant themselves

19    right on the air space surface.   It is amazing, I agree.

20    Q. All right.   Now, Doctor, I think we were going to talk

21    about now how asbestos works in this scenario with the

22    different defense mechanisms that we've gone through.

23    A. Exactly.   We've seen all the defense mechanisms and all

24    the cells we need to see to understand what happens in the

25    lung so we can talk about asbestos.   Now, have you heard

1        about the different kinds of asbestos?

2         Q. They heard me talk about it in opening.  But as the Judge

3        said, what I say is not evidence.   So why don't you tell us

4        about the different types of asbestos.

5         A. Okay.   So there are three commercially useful asbestos

6        varieties that make up about 100 percent or 99.5 percent of

7        all the asbestos use in the world.   The kind most used,

8        95 percent of the asbestos used in the world, is this type

9        called Chrysotile.   And that's how it's spelled right here.

10       And Chrysotile is -- was mined in many places around the

11       world.   It is still mined in Canada, Russia.  And it is, as

12       I say, the kind that's been used most.  It's the kind that I

13       use in my laboratory most.   It -- what do I want to say

14       about it?  Okay.   I'll come back to that.

15              Let me tell you about the other two types while I'm

16       thinking about that.   So 95 percent of the world uses

17       Chrysotile.   And then the other 5 percent are from a mineral

18       group called amphibole, A M P H I B O L E.   The amphibole

19       minerals have two commercially useful asbestos varieties:

20       One is Crocidolite, C R O C I D O L I T E.   That's

21       Crocidolite.   The other is Amosite, A M O S I T E.

22              Now, there are other kinds of amphibole asbestos.

23       The other two make up about the 5 percent that Chrysotile

24       doesn't make up for the commercially useful.

25              I remembered what I wanted to tell you now.

1    Chrysotile asbestos is in a mineral group called serpentine.

2    Serpentine is the actual mineral that it comes from.    And

3    the reason it's called serpentine is you see how some of

4    these fibers are kind of curly and serpentlike.   And when you

5    look at the other -- and all the asbestos varieties are

6    naturally occurring minerals that get mined out of the soil.

7            So this Chrysotile asbestos, when you look at it in

8    the earth, in the soil, some of it is kind of wavy in the

9    rock of the mineral, and like a serpent.   So that's why it's

10   called serpentine.  It's actually the state rock in the State

11   of California, okay?  So -- and from that comes this

12   commercially useful Chrysotile, which was 95 percent of the

13   world's use.

14           Now, the other types, as I said, Crocidolite and

15   Amosite, amphiboles, I've used those in my laboratory.  I've

16   used all three for all the experiments I'm going to tell you

17   about.   Inhalation to the toxicity experiments.   I've used

18   all of the different asbestos varieties.   But I typically

19   use Chrysotile because that's the type that was used most in

20   the world.

21    Q. And, Doctor, the Crocidolite we talked about, that was

22   the fiber that Dr. Wagner linked with what?

23    A. With mesothelioma.

24           So sometimes useful to talk about different colors

25   because sometimes easier to remember.   So when you look at

1     the Chrysotile asbestos, it has kind of a white or ashy

2     appearance, so it's called white asbestos.   The Amosite

3     looks like brownish, called brown asbestos.   The Crocidolite

4     has a very clear blue tint to it because of the mineral

5     structure, and that's called blue asbestos.   That's the kind

6     Dr. Wagner made that -- established association with.

7      Q. And you said you primarily used Chrysotile in your

8     experiments?

9      A. Right.   Dr. Wagner showed that all of the asbestos

10    varieties cause asbestosis, lung cancer and mesothelioma in

11    those experimental animals.   So actually when I started my

12    work, again, I didn't need to produce mesotheliomas in the

13    animal model.   And it's -- fortunately that's true because

14    it takes a long time.   You have to expose the animals

15    through their life span, which is about two to three years.

16    And then just like in people, a very few of them get the

17    cancer at the end of their life span.   So we knew that.

18    That's already been published.   So I stayed at the beginning

19    of the disease.   What happens when the asbestos gets into

20    the system?   How does it cause the injury and the damage to

21    the DNA?  How does it do that that we know leads to the

22    cancer?

23     Q. Doctor, let me ask you -- stop you there.   When you are

24    talking about how long it takes to experimentally cause a

25    mesothelioma in one of these animals, how does that fit in

1    with the concept of latency?

2    A. Yeah.   So not very well.   Because there is -- there are

3    certain things you cannot do with animals, and that's one of

4    them.   You are not going to learn much about the -- how much

5    time it takes for the tumor to develop in a human and you are

6    not going to learn how much asbestos it takes, how much

7    exposure it actually takes to cause a disease in humans by

8    using animals.   You can't do that.   And I wouldn't try.

9    And anybody who tries would be fooling themselves.   But what

10   is going on during the latency?   If you are asking me that, I

11   can tell you.   We can use the animals to explain.

12   Q. Answer my stupid question first, which is:  Why can't you

13   determine the latency with the animals?

14   A. Well, they are very short-lived.   They are only two to

15   three years.   And the latency of -- for people is more

16   typically 40 to 50 years.   And it can be anywhere between 20

17   and 80 years.   But most of the cases cluster between 30 and

18   50 years.

19   Q. Is that true for all the different types of diseases

20   caused by asbestos?

21   A. It is, yeah.   They have long latencies for different

22   reasons.   The asbestosis -- we can go into that if you

23   want -- but I mean, the latency, it's a very different

24   disease.   It's not a cancer, but yet it takes decades for

25   the disease to be manifested in the clinic.   We'll talk

1    about why that happens with cancer.

2     Q. What you are using is the Chrysotile to stimulate the

3    response so you can look and see what's going on during this

4    time that the asbestos is causing an effect on cells?

5     A. Chrysotile, Crocidolite, Amosite, whatever asbestos we

6    are using, they are pretty much the same mechanisms.  They

7    are somewhat different mineralogically, but the way they

8    cause disease is very much the same.

9     Q. How do you use asbestos in your laboratory to study

10    disease?

11     A. A couple of different ways.  One is by taking -- well,

12    let's look at this asbestos first and then I'll answer that.

13    That was a good question.  I'll answer that.

14          And so you can see that there is a 1 micron bar

15    right here.  You can't see it very well, but there is a 1

16    micron bar.  So you can see 1 micron because I magnified

17    this, this says 4,300 times.  So I magnified this high

18    enough so you can see a micron pretty easily.

19          And now if you put the micron bar up against these

20    fibers, you can see that some of them are hundreds of microns

21    long as they go off the screen.  Some of them are you can

22    see start out as a micron and fracture down to half a micron

23    or less.  Some of them are curly; some of them are straight.

24    And that's the point about asbestos, it's constantly breaking

25    down and producing shorter and thinner fibers.  And all the

1    fiber types do that.  Chrysotile does it more than the

2    others, but they are always breaking down.

3         Now, we made aerosols of this asbestos.  So one of

4    the ways that we studied it is with the animal model, and I'm

5    going to show you that in a second.  That's one of the

6    things that we did.  That's producing disease in the animals

7    by having them inhale asbestos in special chambers.

8         The other thing we do is to take cells out of

9    animals or out of people, put the cells in a dish.  And as I

10   say, with the right nutrients, those cells will divide and

11   multiply and stay alive, and you can actually add the agents

12   you are interested in studying, and you can watch the events

13   happen and study them chemically and biochemically.

14        And then finally, we look at the interactions

15   between the asbestos and the actual genes and the genetics,

16   which genes are being affected and how by the asbestos

17   fibers.

18   Q. And have you done all these experiments?

19   A. Yes.  Right.  And when I say "yes," that means we've

20   published our results in the open medical literature

21   explaining what's going on.

22   Q. Doctor, when you publish your results in the medical

23   literature, is it sometimes illustrated with photographs?

24   A. I don't think I've ever published a paper without some

25   kind of a figure or illustration, and usually it has many,

1    yes.

2      Q. So some of these slides that you are going to show us

3    would have been parts of different publications?

4      A. Well, every one of them has so far.  I mean, this one has

5    and the next one, absolutely.  Sure.  Right.

6      Q. What's the next one, Doctor?

7      A. Okay.  So the next slide I'm going to show you the lung

8    of a rat from an -- from an experiment where the animal was

9    exposed for a single hour.  Because the first question was:

10   Well, you see how complex the lung is, where do those fibers

11   go when the animal inhales the dust?  We know the answers

12   now.  But when we started, we certainly didn't know that.

13        So let me show you the answer to the question.  So

14   here now is the end of the airway where it opens into the gas

15   exchange.  And you are familiar with this now because we

16   have been talking about these individual air spaces.  And you

17   know what the carpet looks like, it's those -- that smooth

18   surface type 1 cells.  And I'm going to focus the microscope

19   right down here immediately after the single hour of

20   exposure.  Any asbestos fibers that we see on the carpet

21   here must have been inhaled during that first hour.

22        So we have these chambers about six feet high, four

23   feet wide.  There is an asbestos generator at the top of the

24   chamber.  It makes it very dusty in the chamber.  It's a

25   high concentration of asbestos which the animals inhale for a

1    short time.   They inhale for an hour, it could be two hours,

2    it could be all day, it could be days, could be weeks.   And

3    I can take them out of the chamber, give them an overdose of

4    anesthetic -- overdose means they don't wake up from that --

5    and then I choose the different times depending on the

6    question I'm asking.

7           If the question is pretty straightforward, like

8    where do the fibers go?  I can learn that in an hour.   If I

9    want to know how long it takes for the scar tissue to develop

10   it's going to take longer.   If I want to know how long it

11   takes to produce a lung cancer and what are the changes, it's

12   going to take weeks and months of exposure.  So those are the

13   kinds of differences that are required to go through.

14          So let's focus on this spot right here in the lung.

15   And this black hole right here is this black hole right here.

16   So that means we are going to look at this surface right

17   here.  And here now on this surface we can see this is a 10

18   micron bar.  So this fiber is about 10 microns long.   There

19   is kind of a long, curly fiber going up this way.  There is

20   some short, straight fibers.  There is some curly ones here

21   and some straight ones here.

22          So again, just like you saw sitting in the

23   microscope, all the shapes and sizes that you see in this --

24   in this bundle of fibers now they are sitting on the air

25   space surface on the carpet because this animal was inhaling

1    the dust.  And it's like anybody, you don't get to see this

2    in people, right?  That's why we have to use the animals.

3    You can't be exposing people to a toxic dust and then

4    immediately get some lung tissue out.   That's just not going

5    to happen.   That's why we use these animal models.

6            But since we know that this tissue is damaged in

7    people exposed to asbestos, we then can follow the animal and

8    say, Well, here is where the fibers landed, no wonder that

9    was damaged in people.   That's the kind of correlation you

10    make between the animal model and people.

11    Q. So, Doctor, is this -- this was kind of like -- was it

12    like a bifurcation between the airways?

13    A. Yeah.  Right.

14            So for example, the air comes down here.  And the

15    air -- and whatever fibers in it can go down this hole.   Or

16    the air is going to -- I should say and some of the air goes

17    up this way can go up here, or it can go this way, or there

18    is a big bifurcation here so the air can go this way.   So in

19    other words, there are a series of splits and bifurcations.

20    Q. So a fork in the road?

21    A. A fork in the road.  That's fine.

22            What we showed is that most of the asbestos actually

23    collects at these bifurcation points.  And that's what you

24    are looking at when you see right here.  That's why when you

25    look at the lung of a person with asbestosis and lung cancer,

1    that's where those diseases tend to be the most pronounced,

2    at those sites where they get the highest dose.

3         You have probably heard of dose response.  The

4    more --

5    Q. They did in opening.

6    A. The more asbestos you are exposed to, the more likely you

7    are to get disease.

8         Now you are looking at a localized dose response.

9    So here, this part of the lung right here gets a bigger dose

10   than -- a bigger dose than it does farther away.  So there is

11   worse disease here than there is here.  And there is worse

12   disease here than there is here.

13   Q. That's because some of the fibers have gotten stuck on

14   their way?

15   A. Yeah.   Exactly right.

16        And so this localized dose response is something

17   that we published -- we discovered and published in the open

18   medical literature.  And then other people started to look at

19   that and say, Oh, look at that.   And then, you know,

20   repeated these experiments.

21        And then we actually went to the molecular level and

22   started looking at which genes are produced at this site

23   versus the site where there is less asbestos and no asbestos.

24   And sure enough, there is a localized dose response at both

25   the anatomic level and at the genetic level, okay?

1          So let's continue then on with understanding what

2     this asbestos is doing and where it's going.   Now, so here

3     we can see the asbestos sitting on the carpet.  But one of

4     the more striking things that we saw was that some of the

5     fibers are actually disappearing under the carpet.   And I

6     selected this picture to show you because you can see that

7     happening here.   You see, here are some fibers here but you

8     can't see them here.   They are actually under the carpet.

9     And you can see them here in the carpet cells actually coming

10    up over the top of the fiber.   You can see the fibers here

11    but you can't see them here.

12         So as I'm in the microscope room late at night and

13    I'm looking at these fibers, I'm saying, Wait a second, I

14    don't see these fibers here, where are they?  So we had to do

15    another whole series of experiments to prove that they were,

16    in fact, under the carpet.   And that's what our lungs do.

17    We -- have we heard that we all have asbestos in our lungs?

18     Q. No, we haven't.  Moff said he had some in his.

19     A. Okay.   So we all have some asbestos in our lungs, a

20    little bit that's accumulated over time from what's in the

21    environment.   Not enough to make us sick, but we all have

22    some fibers.  And some people it can be millions of fibers,

23    but that's not a big deal, you can get a billion fibers into

24    a thimble.  Remember how small they are?

25          So where are those fibers?  I ask rhetorically.

1    They are under the carpet.   We have a compartment in all of

2    our air spaces where we store things like that, a few fibers

3    at a time under the carpet.   Now, that includes fibers that

4    can move from that space out to the pleura.   And I'm going

5    to explain how that happens because those are the fibers that

6    cause mesothelioma.   But first they have to get taken up,

7    put into that space under the carpet and then transported to

8    the pleura.   So that's where we are going.

9    Q. Now, Doctor, you made this finding that these fibers are

10   impacting here and getting taken under the carpet.

11   A. Right.

12   Q. And now then, was that the end of the story for where the

13   fiber goes?

14   A. Well, no, because we want -- we want to know if they get

15   to the pleura, so -- because that's the target site for

16   mesothelioma.

17   Q. Okay.   So what further studies did you do to determine

18   what happens after the asbestos fibers goes under the carpet?

19   A. So understand, this is one place that this is going on

20   out of millions around the lung.  I'm just showing you one of

21   them.   And this is just one spot out of millions.   And the

22   same goes for the next picture that answers your question

23   where the fiber is going.   This is one spot out of millions.

24   And we had to count thousands of them and prove to our peers

25   what is actually happening.

1          Here you can see -- here you can see an air space,

2     another air space.  There is a little fiber bundle sitting on

3     the carpet here.  You can see some fibers here, but you

4     can't see them here because of this process that I'm telling

5     you about.

6          These epithelial cells, these carpet cells, respond

7     very quickly to the presence of the fibers.  They come up

8     over the top of the fibers.  And some of these type 1 cells

9     are killed and damaged by the asbestos because these fibers

10     are toxic.

11          Now, I think I told you there is a fiber bundle

12     there.  There is actually a fiber sitting here, but you can't

13     see it.  Maybe if you were close enough to that one you could

14     probably see it.  But there is a fiber completely covered

15     here and all you can see is its electron shadow.  But you can

16     see these characters here that look like doughnuts.  And this

17     is what your red blood cells look like.  There are about 5

18     microns from this side to this side.  And they don't have a

19     hole in the center like a doughnut, but they have a

20     depression.  So that's why they look like doughnuts.  And you

21     can see them lined up in small vessels as the blood runs

22     through these small vessels.

23          Now, I say this is what your red blood cells look

24     like, but this is the lung of a rat, okay?  But this is

25     exactly the same size and shape as yours and mine.  And go

1    through the litany of animals that I did before, they all

2    look and do the same thing.

3        Q. Blood cells are the same size?

4        A. Exactly.   5 microns across.   This turned out to be

5    evolutionarily the best size and shape to carry oxygen and

6    carbon dioxide from the very first animals that did that to

7    us today.

8        Q. So we maintain that 5 micron --

9        A. We main --

10       Q. -- red blood cell?

11       A. And shape, too.   I mean, that's a very important shape

12   for the cells being able to fit together as they are cramped

13   into these small vessels called capillaries.   So they are the

14   best for the movement and the exchange of oxygen carbon

15   dioxide.

16       Q. Is this the highest magnification we've seen yet?

17       A. No.   Actually when you saw the macrophages you were.

18       Q. That was higher?

19       A. Yes.

20       Q. Okay.

21       A. Okay.   So now we have these fibers moving -- look at this

22   one here, you can see a little bit of it sticking up.   But

23   some of -- this fiber is actually moving into the blood flow.

24   And we -- and other investigators have shown that asbestos

25   gets into the blood flow in the lung.   And if it gets into

1    the blood flow, it can go anywhere in the body, obviously.

2         But there is another more important flow for the

3    movement of fibers to the pleura, and that's called lymph,  L

4    Y M P H.  Lymph is a clear fluid that runs from head to toe

5    in our bodies.  Wherever there is blood flow, there is lymph

6    flowing around it.

7         It has two major functions:  The first major

8    function of lymph is to control the pressure in our vessels.

9    If you took at a blood vessel from the arm or leg or anywhere

10   else and you cut across it, you would see a cuff around the

11   outside of the blood vessel.  There is lymph fluid running

12   along there.  And we can actually move fluids in and out of

13   our blood vessels.  And lymph is a part of that so we can

14   help control the pressure.  And sometimes you can actually

15   feel swelling in your ankles and your wrists and other places

16   where there is actually a backup of lymph fluid.  That's

17   what -- if your fingers feel all swollen, that is because

18   there is lymph that has moved into that space.

19        Lymph is essential also for moving cells of the

20   immune system.  So sometimes you can actually feel that

21   happening because we have these tissues called lymph nodes.

22   Lymph nodes are small bundles of tissue that filter the

23   lymph.  Wherever lymph flows, it has to be filtered.  And we

24   have those nodes wherever lymph runs.  So sometimes in our

25   armpits or neck or groin you might feel discomfort because

1    you are fighting an infection and the -- and the immune cells

2    that your body is sending to fight that infection are getting

3    filtered out by the lymph nodes and you can feel that.    You

4    feel that it's some kind of discomfort.

5            Now, we have lymph flow in various, as I told you,

6    in our bodies and in the lung.    So let me show you what the

7    lymph flow looks like in the lung.    This is called a Netter

8    diagram, N E T T E R.    Dr. Netter has given us atlases of

9    the human body in health and disease.

10            And here Dr. Netter is showing you these very fine

11    vessels that reach the pleura.    And what Dr. Netter is

12    showing on the surface of the lung is this kind of reticular

13    or network-like pattern of lymph, and this is a circulation.

14    And here you can see these green blobs around the lung and

15    those are lymph nodes in the chest cavity.    And they are

16    called thoracic lymph nodes because they are in the thorax in

17    the chest cavity.

18            You have another set of lymph nodes in a lot of

19    different places, but one set is in the peritoneal cavity

20    that holds your stomach and your intestines.    And that's

21    important because -- I'm telling you about that because the

22    second most likely place to get a mesothelioma is in the --

23    is in the peritoneal cavity.    The peritoneal cavity, the

24    covering of all your intestines, your stomach, your liver,

25    those are all mesothelial cells, just like the outside cover

1    of the lung, mesothelial cells.

2              The most likely place to get mesothelioma is the

3    lung.  The second most likely place is the peritoneal cavity.

4    Some of the investigators studied the lymph nodes around the

5    lung and the lymph nodes in the peritoneal cavity.  This is

6    not my work, but they looked at people who were exposed to

7    asbestos and they found increased accumulation of asbestos in

8    the lymph nodes in both the chest and in the peritoneal

9    cavity.

10              Now, that means that asbestos is flowing in the

11    lymph.  The only way asbestos can get into the lymph is by

12    landing on the carpet, getting picked up by the carpet.

13    About 20 percent of all the asbestos that lands on the carpet

14    gets picked up by the cells and transported into the fluid

15    flow that's the lymph.

16              In this space I was telling you about where we

17    have -- where we store all these things, there is lymph.   If

18    I could, as I have, peel back the lung, and it's moist under

19    that carpet, and that's from lymph.   And so that's where a

20    lot of asbestos goes.  And now it can get into this lymph

21    flow.  And as Dr. Netter is showing you, this lymph flow can

22    reach the pleura.   And the target cells for mesothelioma are

23    out here in the pleura.

24    Q. The parietal pleura or the visceral pleura?

25    A. So the visceral pleura is the pleura that covers the lung

1    and then the rib cage would be right here.  And the rib cage

2    is lined with mesothelial cells.  And that's the parietal

3    side.  That's just the anatomic term for that side of the

4    pleura.  That's right.

5    Q. Same cells in both places?

6    A. Exactly.  That's correct.

7         Now, I just wanted to digress for a second because

8    we are going to start talking about cancer and how asbestos

9    causes these target cells to become cancer cells.  But I

10   want to digress for a second because you can see here a bunch

11   of macrophages.  Here is the type 1 epithelium.  Here is an

12   air space down here.  And there are a bunch of macrophages

13   that have come in here to try to pick up these asbestos

14   fibers.  The problem is that these two macrophages are dead.

15   This one is dying.  It's got a fiber going right through it.

16   Some of the fibers here, you can see they are sharing with

17   one another.  And this is a group of basically dead and dying

18   macrophages.

19        Now, one of the things that we know that dead and

20   dying macrophages do is that they send out what are called

21   growth factors that cause other cells to divide.  Now, a

22   dividing cell, a cell that is making new cells, is more

23   likely to become a cancer cell than a cell that's not

24   dividing.  So you don't want to have increased numbers of

25   dividing cells if you can prevent that.

1    Q. How can you tell those macrophages are dying?

2    A. Well, just compare them to the way they are supposed to

3    look, like in this guy back here, okay?  The cell is ruffled

4    and its membranes are complete.  And this one has this

5    character of showing it's in motion.  And if you look at

6    these characters, you can see this one has got a bunch of

7    holes in it.  Just look at them, they are a mess, right?

8    They are tattered and they are just not normal looking

9    macrophages.  And this one is a little more normal than the

10    others, but they are smooth surfaces which you never see in a

11    normal macrophage.  So that is how we know.

12    Q. And some macrophages are not able to defeat the asbestos?

13    A. Right.

14            And so what is going to happen is now -- they'll

15    move.  They can move towards the escalator.  And other

16    macrophages will come in and clean up the mess.  And

17    eventually they'll -- they do clear a lot of the fibers, but

18    because of this, they can't clear them all because of this

19    activity.  And as I say, the damaged macrophages are playing

20    a role in the disease process because they are causing other

21    cells to divide.

22            Okay.  So let's then -- unless you want to talk

23    about any of these other things.

24    Q. That's another Netter drawing, isn't it?

25    A. All right.  So we'll spend the rest of the time talking

1    about cancer.  We have the asbestos at the target site.    And
2    we know that the mesothelial cells are covering the outside
3    of the pleura.
4     Q. So what we have been talking about so far is the pathway
5    towards the disease?
6     A. Pathway that the fibers take and the cells that they --
7    that are playing a part in getting those fibers to the target
8    site.
9     Q. And these are the cells that they have interacted with
10    along the way?
11     A. Yeah.  Exactly.  Sure.
12     Q. And they tend to harm those cells?
13     A. They do without a doubt, yeah.   It's a very toxic agent,
14    asbestos.
15          Okay.   So this is another Netter diagram, and it is
16    showing you -- I'm showing it to you because there is a
17    smooth, normal pleura.   That's what the pleura should look
18    like.   Shiny because it's moist, I told you about that.
19    And that's what it should look like.
20          Now, compare that with the pleura of somebody with a
21    mesothelioma.  You see how dramatically thickened the pleura
22    is?  Both on the visceral pleura, as you point out, adjacent
23    to the lung and the parietal pleura on the inside of the rib
24    cage.
25          So this is an advanced case where the pleura --

1    where the mesothelioma has spread over the surface of the

2    lung.    It's even spread into the peritoneal cavity on the

3    underside of the diagram, that big muscle that allows you to

4    breathe.    That's your breathing muscle.

5    Q. In order to meet the definition of a cancer, what has to

6    happen with respect to invading other tissues?

7    A. Well, there are a couple of different questions there.

8    Number one is what are the -- what are one of the hallmarks

9    of a cancer?  And that means if you are talking about

10   invading other tissues, you are talking about a metastatic

11   cancer.   So that means that the cells are able to actually

12   get free from or migrate from the original tumor and start

13   another tumor.  That's what that means.  And that -- there

14   are many cancers that do that.

15   Q. And in this particular drawing here, though, where we are

16   showing the -- no, up in the middle, in the fissure -- what

17   is that?

18   A. So this is the dividing line in the left lung between the

19   upper lobe and the lower lobe.  There is, as Mr. Herrick

20   said, a fissure and it's lined by mesothelial cells.  And

21   here you can see the tumor is actually growing along that

22   line and invading the lung.  Not unusual for an advanced

23   mesothelioma.

24   Q. Okay.   So how does -- we've got this -- the asbestos at

25   the site, and we've shown what the tumor looks like.  I guess

1    you would say that's grossly --

2     A. Right.   This is a gross anatomy, meaning you can see it

3    with your naked eye; you don't need a microscope to see that.

4    If you put these cells under the microscope, they have a

5    particular characteristic which allows you to make a

6    diagnosis as to what kind of cancer cells they are.

7     Q. What's the current thinking as to what's going on in the

8    background that leads to this?

9     A. Okay.   So how does the asbestos, as it reached the

10   target cell, how did it cause this cancer to develop?

11    Q. Correct.

12    A. And so here I'll start by describing what's on this

13   slide.   And this is the cover of a proceedings of a meeting

14   that I was at a few years ago.   I gave a talk at this

15   conference.   And the conference was dedicated to

16   understanding how fibers cause cancer.  So there is the big

17   word, carcino -- cancer -- genesis -- formation.   So fibers

18   causing cancer.   And that was the focus of the meeting.

19            And I have been talking to you today about cells.

20   I showed you that cells pick up fibers, and that is certainly

21   part of the process.   But you cannot talk about

22   carcinogenesis unless you talk about the molecular aspects,

23   and that means your genes.   Molecular biology is the study of

24   genes and genetics.

25            My last department that I was at before I retired as

1    a professor there was the Department of Molecular Biomedical

2    Sciences.  So biomedical science, the biology of medicine at

3    the molecular level, molecular biomedical science.  So there

4    are Ph.D.s that can be had now in molecular biology. When I

5    started there was no such thing, but now there are a number

6    of scientists who are developing degrees in molecular

7    biology.  And they are studying genes and the way they

8    function.  And cancer is a genetic disease.   All of the

9    cancers are genetic diseases.

10         So I'm going to give you the simplest definition of

11   cancer.  Cancer is the loss of control of cell growth.  I'm

12   going to say that again and then I'm going to explain what

13   that means.  Cancer is the loss of control of cell growth.

14   So humans have about 20,000 or so genes that make us what we

15   are.  And you can look around and you see various hair color,

16   eye color, skin color.  It's obvious what some of those genes

17   do.  But most of the genes, of those 20,000 or so genes, you

18   don't get to see what they do.  You don't see the genes in

19   our liver that are making liver enzymes to digest their food

20   and you don't see the genes that control our metabolic

21   profiles.  And we have genes that control other genes, okay?

22         So of those 20,000 or so genes, about 100 of them

23   are called growth control genes.  Now, I just told you that

24   cancer is the loss of control of cell growth.  We have about

25   100 growth controlled genes of the 20,000 or so that we have.

1    So cancer develops when there are mistakes, errors, sometimes

2    mutations in a set of genes that controls cell growth.

3         So the next question is:  How does asbestos or how

4    do carcinogens -- you can answer in the broadest form -- how

5    do carcinogens cause errors and mutations in genes that

6    control cell growth?  Well, there are a number of different

7    ways, but we studied how asbestos does it.  And it starts

8    with what's going on in the cover of this.

9    Q. And describe for the jury what is going on on the cover.

10   A. So I told you that one of the ways that we study -- the

11   way that we study these actions is by taking cells from

12   animals or people, putting the cells in a dish.  And take

13   millions of them, you put them in a dish and give them the

14   right nutrients, they will grow and divide and you can add

15   the agents you are interested in.

16        And in fact, on the cover of this there are two

17   cells.  You see one over here and you can see the other one

18   here.  If you just look over here on the right for a second

19   you can see them a lot more clearly.  You can see this is one

20   gene, this is one cell here and this is one cell over here.

21   And notice the center circle in the cell.  The center circle

22   in the cell is called the nucleus.  And you can see that some

23   fibers were added.  And you see the fibers around the outside

24   of the nucleus, you can see kind of a long fiber there and

25   some short fibers.  Notice how all the fibers -- particularly

1    over here on this picture -- notice how all the fibers are

2    excluded from the center circle, from the nucleus.  Now, the

3    reason they are excluded is because there is a membrane

4    around it that protects what's in that nucleus.  And all of

5    our DNA, all of our genes, are in that nucleus.  So we have a

6    protected membrane that keeps foreign particles and agents

7    out of the nucleus.  I mean, that's the idea.  That's what

8    you want to happen.

9        Now, one of the things that we have known for a long

10    time is that -- scientists have known -- is that when cells

11    divide, they more likely become a cancer cell.  I think I

12    mentioned that to you earlier.  You don't want cells dividing

13    uncalled for and out of sequence in your body because they

14    are more likely to become cancer cells.

15        So we asked in my laboratory, and with the --

16    working with adjacent laboratories and colleagues -- we asked

17    what would happen if we added asbestos and other agents to

18    the cells that were dividing?  Here you can see if they are

19    not dividing, the DNA is pretty well protected.  But let's --

20    we can see then what happens if the cells divide.  I'm glad

21    you have this screen over here, so we can see what these

22    pictures should actually look like.

23    Q. That's really washed out.

24    A. You can see there are three cells here, two cells on the

25    outside are not dividing.  The nucleus is intact.  The DNA

1    has been stained blue so you can see what it actually looks

2    like.  And the cell in the center has received a signal to

3    divide.

4            Now, you see this says normal cell division.  So the

5    idea, then, is to take -- when we make new cells, whether

6    it's a skin cell or a lung cell, the idea is to make a

7    perfect copy of all of the genes.

8            So let me tell you a little bit about your cell

9    genes.  I think -- could we take a break --

10            THE COURT:  Sure.

11            THE WITNESS:  -- possibly, Your Honor?  I need to

12    take a break.

13            THE COURT:  You got it.

14            THE WITNESS:  Thank you, Your Honor.

15            THE COURT:  All right.

16            THE WITNESS:  I'm not going to say why.

17            THE COURT:  We'll start again in about 15 minutes,

18    all right?

19            MR. HERRICK:   Thank you, Your Honor.

20            (Thereupon, the jury retired from the courtroom.)

21            THE COURT:  We'll start again in about ten minutes,

22    20 till.

23            (Thereupon, there was a brief recess.)

24            (Thereupon, the jury returned to the courtroom.)

25            THE COURT:  Okay.  Welcome back.

1          Mr. Herrick?

2          MR. HERRICK:    Thank you, Judge.

3     Q. Dr. Brody, I believe when we left off we were talking

4     about how you don't want to have your cells dividing because

5     that's when they are more likely to have genetic errors and

6     lead to cancer.

7     A. Right.

8          So let's talk about cell division for a minute.

9     It's going on in all of us all the time.  If I took a piece

10    of your skin, I could show you under a microscope that about

11    10 percent of your cells are dividing and making new skin

12    cells.  That's a requirement for us to keep intact skin.

13    Your lung and your liver, about 1 percent of those cells are

14    dividing.  You don't typically need to replace a lot of lung

15    and liver cells.  The mesothelial surfaces, one-half of 1

16    percent, so they have a very low rate of division.   In

17    injury, damage to the cells means you need to make new ones.

18    So that's what's -- that's the point that I was making.

19          Now, that cell division is controlled by certain

20    sets of genes.   And I told you we have about a hundred of

21    these growth control genes.   No matter what kind of cells we

22    have, no matter what kind of cell we are talking about, when

23    we make new ones, we go through this process that's called

24    cell division.   And here are three cells, one, two and

25    three.  The two cells on the outside are not dividing.  The

1    nucleus is intact.  Again, you can see it better over here on

2    this picture on the right.  The cell in the center has

3    received a signal to divide.

4           Now, if it were a cell sitting in a dish I could

5    have added a growth hormone.  If it were your skin, you had

6    an injury, a cut or something and the cells around it need to

7    divide and to fill in that space, whatever the situation is,

8    if you have cell division, what happens is that all the DNA

9    that's distributed in the nucleus condenses into these white

10   threads that we call chromosomes.  Chromosomes are bands of

11   condensed DNA.  And that's the cell -- I just found out I

12   can draw on this thing.  How about that?

13          So here you can see this cell is dividing, and all

14   of the DNA has been condensed in these white threads called

15   chromosomes.  So chromosomes are bands of condensed DNA

16   where all of the genes are distributed, all of the 20,000 or

17   so genes are distributed.  And we can see what those

18   chromosomes look like in this next picture.

19          Let's see.  This picture shows you that humans have

20   23 pairs of chromosomes.  You've got one from your mother and

21   one from your father.  And those light and dark bands show

22   where all of our genes are distributed.  Here is another

23   type.  And I'm just pointing this out for you because the

24   point is that all of our 20,000 or so genes must be on the

25   correct chromosome and in the right place on that chromosome

1    to function.  If they are not in the right place, they are
2    not going to work.
3         And one of these genes I have an arrow on because
4    the Human Genome Project showed us where it is in human
5    chromosome 17, it's called p53.  And p53 has many mechanisms
6    of anticancer function.  In fact, it's called a tumor
7    suppressor gene.  So this is a very important gene that we
8    all have.  And it's mutated in about 50 percent of all human
9    cancers.  So it's a very important protective gene that we
10   have.
11        So let's see what happens when we put asbestos into
12   the picture.  First, let's finish the normal cell division.
13   Here the cell, the chromosomes have collected, condensed.
14   You can see here that they are going through a duplication.
15   So if you had what's called faithful replication, with all
16   the chromosomes and all the genes on the chromosomes in the
17   right place, you get two what are called daughter cells.  And
18   you can see the daughter cells down here.  And now we will
19   have two cells just like the original and life goes on.  And
20   that is what is going on, as I say, in all of us all the
21   time.
22        Now let's put asbestos into the picture.  And here
23   is one out of millions of cells in the experiment.  Panel A,
24   no asbestos.  You can see half of the chromosomes go to one
25   side, half to the other, and we'll have two daughter cells

1    and two new normal cells.  But in panel B, this is from an

2    experiment where we added Crocidolite asbestos.   And you can

3    see that this cell is about 40 microns across, and this fiber

4    is about 30 microns, this one is 20 microns.  Then there are

5    some small fibers.  And we put some arrowheads on here

6    because some of this DNA is bound to the surface of the

7    asbestos.  That means that this DNA is not where it's

8    supposed to be.  And this results in this condition that you

9    see up here called an aneuploidy, A N E U P L O I D Y.

10   Aneuploidy means abnormal chromosome separation.   I'm going

11   to show you one more example of that caused by Chrysotile and

12   in mesothelial cells.

13         So these kinds of experiments can be carried out in

14   mesothelial cells, as well.  And here you can see a normal

15   mesothelial cell, half of the chromosomes no asbestos.  Half

16   of the chromosomes go to the one side; half to the other and

17   you will have two daughter cells.

18         Now, here in this example the daughter cells have

19   essentially formed.  They haven't completely separated.  You

20   can see that the cells are still connected, but there is an

21   asbestos fiber spanning the two cells and then there is some

22   DNA bound to the surface of the fiber now again resulting in

23   aneuploidy.

24         Now, these are not cancer cells, but the door has

25   been opened.  And the door has been opened because what I

just told you about the distribution of these various genes.
Because if -- let's say that this part of chromosome 17 that
has the DNA or the p53 gene, let's say that that is in this
DNA that's bound to the surface of the Crocidolite fiber,
that p53 gene is not going to function.  Now, what does p53
do?  P53, when it gets activated, stops the cell from
dividing.  And if the cell isn't dividing, it can't pass
those mistakes on to the daughter cells which is a
requirement for cancer.  You have to keep passing these
mistakes on to the daughter cells.  P53 shuts it down.  If
there is a -- if there is damaged p53 or if p53 is not where
it's supposed to be, it's not going to function.

        Now we have another set of genes I'll tell you
about.  We have, as I said, about a hundred or so of these
growth factor -- growth control genes.  Another set of genes
are called death pathway genes.  So again, if there is DNA
damage that, as you see here, the cell dies, and if the cell
dies, again, it can't pass on those errors and pass them on
to the daughter cells.

Q. So the cell dying is what you want to happen?

A. Exactly.   And that's going on in all of us all the time.

        There is a big word called apoptosis, A P O P T O S
I S, program cell death.   We have a series of genes that
send the cell down a death pathway, you never hear from it
again.   You go out and get a sunburn, you cause aneuploidy,

1    the cells die by apoptosis and you never hear from them

2    again.  And that's a major protective device for us.  Most of

3    us are not going to get cancer.  And no matter how much

4    asbestos most of us are exposed to, we don't get

5    mesothelioma.  And the reason we don't get these cancers is

6    because of these genetic defenses that we all have.

7         Now, for the person who has a cancer, what you know

8    is that despite the genetic defenses that person had, there

9    were some lapses or failures on the way or the -- there was

10   enough asbestos for that person to produce the cancer.

11        So I have one more slide.  And in that last slide I

12   want to explain what's going on during that latency period.

13   Because it's decades, and it's usually not clear to most

14   people what's been going on during those decades, so let me

15   explain.

16        So here is a -- the mesothelial cell surface.

17   Again, it's more clear over here.  You can see -- you think

18   about the hundreds of millions of mesothelial cells sitting

19   on the surface and then the artist has a couple of lightning

20   bolts coming in here and he says DNA damage.  That's what

21   this says.  DNA damage.

22        Now, as far as I know, lightning doesn't cause DNA

23   damage.  What we are talking about is a mesothelioma.  So

24   from the environment asbestos has reached the mesothelial

25   surface.  Asbestos is really the only known environmental

1    cause of mesothelioma.  And in this case, we are talking

2    about asbestos fibers reaching the mesothelial cell and

3    causing DNA damage.

4           Now, you can see the cells dividing and we know that

5    because we can see the chromosomes.  The only time you can

6    see the chromosomes is when the cell's dividing because the

7    chromosomes have condensed.  And one of the daughter cells is

8    going off into the upper left-hand corner and dying because

9    that's, the artist knows very well, that that's what happens

10   to most DNA cells with DNA damage.  And here you can see the

11   DNA is clumped up.  The surface of the cell is bubbling up.

12   And there is even a macrophage coming up here to clean up the

13   mess -- and as I say, that's going on in all of us all the

14   time -- that protect us us from getting a cancer.  But we are

15   talking about a tumor.  So therefore that means one of the

16   daughter cells must have survived.  And that's this daughter

17   cell right here.  And you can see it's dividing.  You can see

18   the chromosomes.

19          And then the author, the artist has given us a

20   tumor, tumor genesis, tumor formation.  And he's given us

21   this cancer with the odd color and the dividing cells.  And

22   I'm going to tell you about that odd color in just a second,

23   but I want you to understand what's going on in this space

24   between the daughter cell and the developing tumor.  This is

25   the latency time.  You've got to give me about 40 years in

1    there, okay?  And I'm going to take about 30 seconds to tell

2    you what's going on in those 40 years.  So think about that

3    mesothelial cell with a genetic error now sitting on the

4    mesothelial surface.  And that cell then will sit there with

5    an error in p53 or any one of a number of other important

6    genes that protect us.  And that cell will sit there looking

7    and acting like a normal mesothelial cell for months, but

8    eventually, it has to divide.  All of our cells have to

9    divide at some point.  And even though the mesothelial cells

10   have a low background rate, it eventually has to divide:  Two

11   cells, four cells, eight cells, 16 cells, making a field of

12   cells with that one error.   Now, some of them may die.  We

13   have several different pathways to kill cells that have DNA

14   damage.  But in this case, they didn't all die because we've

15   got a tumor.

16           So then you have one or more cells that, again, pick

17   up a secondary, another asbestos fiber hits another cell.

18   Now you have a cell with two genetic errors.   And one error

19   is not enough, two is not enough, three is not enough, four

20   is probably not enough and five is not enough in most

21   situations.  Somewhere -- and it's different -- the reason I

22   can't tell you exactly how many is because it's different for

23   different people.  And not only is the number different, but

24   the combination of errors is different.  There is about 20

25   different genes that I can tell you we expect to see, but the

1    combination is different for different people.  So I can't

2    tell you just which one you are going to see in a given

3    tumor.

4         But now we are up to -- let's say we have two

5    errors.  And eventually the cell will sit there like that for

6    months and eventually it has to divide:  Two cells, four

7    cells, eight cells, 16 cells, making that field -- some of

8    them die.  Immune system now can kick in.

9         The immune system is very good at recognizing

10   potential tumor cells and killing them.  We actually had a

11   group of white blood cells called killer T cells.

12   Lymphocytes.  But that cell again can sit there with two or

13   three errors looking and acting like a normal mesothelial

14   cell for months.  And then it has -- then it starts to divide

15   again.

16        Okay.  Now, I can stand here and do that for

17   decades.  Just think about that process going on for decades:

18   Cells dividing, errors accumulating in different growth

19   control genes, and decades later -- and our immune system and

20   all of our genes that are designed to protect us, they are

21   all working, they are all doing what they are supposed to do.

22   But in the person who gets a cancer, decades after that

23   initial -- those exposures that were required, a single cell

24   with sufficient errors, sufficient number and combination for

25   that person, grows out into this tumor.  And that's why the

1    artist made this all the same color because he knows that we

2    get clones of tumor cells growing out.

3         Now, you can have more than one clone, so you can

4    have multiple places where an error -- where a cell with

5    sufficient errors can grow out.  But a single clone is

6    sufficient to produce the disease.  And whether you have

7    single clones or multiple clones that grow together, nothing

8    I said has changed, the concept is the same.   And it's

9    almost impossible to go back into a person and actually know

10   whether it's from single or multiple clones, and it really

11   doesn't matter.   But the concept of how this occurs through

12   the genetic errors takes decades because it takes so long for

13   those errors to accumulate in sufficient number and

14   culmination to bring that person to the clinic.

15    Q. Now, Doctor, of the slides that we've looked at in the

16   ones that we've had, none of those have been of Mr.

17   Sparkman's tissue?

18    A. That's correct.   They have not.

19    Q. And in fact, I didn't ask you to look at Mr. Sparkman's

20   tissue under the microscope?

21    A. You did not.

22    Q. I didn't give you his medical records to review or

23   deposition testimony to review or anything like that?

24    A. That's correct.

25    Q. So how is this applicable, or is it applicable to Mr.

1    Sparkman?

2     A. Yeah.  Well, I mean, this is the current understanding of

3    how asbestos causes the genetic errors required to cause a

4    cancer.  It doesn't matter if it's Mr. Sparkman or anybody

5    else.  I mean, this is the general concept.

6         And actually, you remind me that I showed you this

7    mechanism of DNA binding to the asbestos, but there is

8    actually another probably equally as important -- I mean, we

9    don't know just exactly which one is more or less

10   important -- but it's called the generation of oxygen

11   radicals.  These are reactive oxygen species.  These are high

12   energy, short-lived chemical compounds that are generated by

13   asbestos fibers.  And we know that these reactive oxygen

14   species damage DNA.  That's the main way cigarette smoke

15   causes lung cancer.

16        You have probably heard it's a good idea to take

17   antioxidants.  And I'm not saying to take antioxidants, what

18   I'm saying is the concept of oxidants and reactive oxygen

19   species is very clear in that they can be and are known to be

20   powerful carcinogens, cancer causing agents.

21        Well, all of the asbestos varieties generate oxygen

22   radicals.  So asbestos can -- produces a double whammy, if

23   you will.  It not only binds DNA, but it also generates

24   oxygen radicals.  I didn't show you a picture of that because

25   I can't take a picture of a chemical reaction.  I showed you

1    the picture of the DNA binding, but I can't show you a

2    picture of the reactions.  But we've studied those in our

3    laboratory and a number of other investigators have, as well,

4    and they are very potent cancer causing agents.

5    Q. So with respect to Mr. Sparkman and his right pleural

6    mesothelioma, these processes necessarily occurred in him?

7    A. To the best of science knowledge, science knowledge right

8    now, I've just told you the two mechanisms that we understand

9    take place in a person or experimental animal to cause a

10   mesothelioma, that's correct.

11   Q. Can one fiber do that?

12   A. Well, no.  One fiber is not sufficient to cause a

13   mesothelioma.  But you saw that individual fibers can bind

14   DNA and can generate oxygen radicals.  You saw the binding

15   part.  So the point is that every fiber can participate in

16   the disease process.  Now, we know that individual fibers

17   are -- some of them are cleared and some of them get to the

18   carpet and some of them get to the DNA.  So the more

19   individual fibers you are exposed to, the more likely you are

20   to get the disease.

21   Q. Just a couple more questions, Doctor.  Has science been

22   able to determine a safe level of exposure below which people

23   are not at risk for mesothelioma?

24   A. No.  You are asking me about a threshold.  In other

25   words, is there a level below which we know will not cause

1    mesothelioma?  And the answer is no, there is no level that's

2    been shown to do that.

3            Now background, you know, if you include background

4    in there, I would say the level that we all get is below the

5    level that doesn't cause disease.  But I mean, that's --

6    that's typically .000, one fiber per cubic centimeter, you

7    need 1,000 of air to find one fiber.  That is not a dose that

8    produces disease.  But above that background there is no safe

9    levels that have been demonstrated.

10   Q. When you talk about all of us at a certain age that have

11   asbestos in the lung, you are talking about what?

12   A. Well, I'm talking about over the decades of life we can

13   accumulate millions of fibers, but that's not very much, and

14   that's not enough to cause disease.

15   Q. And when one has a disease, the flip side of that, what

16   is said about it?  What caused that disease?

17   A. Well, if the disease is mesothelioma and there is an

18   established asbestos exposure in that person's history, then

19   you know the cause.  And you know that whatever dose that

20   person had was sufficient for that person.  You can't say

21   what is required for a given individual because, as I told

22   you, no matter how much asbestos people are exposed to,

23   typically they don't get mesothelioma.  So that means in

24   order to find out what happened to an individual, you need

25   to -- you would have to go back and see what that person was

1    exposed to.  And that's what caused their disease.

2     Q. And so when you -- when you talk about dose response, we

3    are not talking about risk of disease, but dose response in

4    somebody who already has the disease, does that factor

5    together?

6     A. I'm sorry.  Yeah.  Risk is a theoretical likelihood.

7    That's what epidemiologists do, they calculate a risk.  How

8    likely is it that a person is going to get disease?  And then

9    you can talk about dose response.  The greater the dose, the

10    more likely they are.

11         But once you have the disease -- and I'm not talking

12    about risk because the risk turned out to be 100 percent for

13    that person -- and so then you go back and see what they were

14    exposed to and then you find out what caused their disease.

15     Q. And, Doctor, which type -- which type of asbestos fiber

16    is most potent on a fiber per fiber basis in causing

17    mesothelioma?

18     A. It appears to be Crocidolite over Amosite and Chrysotile.

19    But we don't know by just how much.  It does appear to be

20    more potent on a fiber per fiber basis, meaning you would

21    need -- so let's put it this way:  If all you are exposed to

22    is Crocidolite, you would need less asbestos than if all you

23    were exposed to is Chrysotile.  They all cause mesothelioma.

24    Chrysotile, Amosite, Crocidolite by themselves can cause

25    mesothelioma.  But if all you are exposed to is Crocidolite,

1    you would need less of that fiber type than you would the

2    others.

3    Q. And what's that understanding of the potency of

4    Crocidolite based on, Doctor?

5    A. Well, it's largely epidemiology, the science of who gets

6    sick from what.  And there are more cases of mesothelioma

7    when people are exposed to Crocidolite.

8    Q. All right.  Doctor, you are going to charge me for your

9    time in testifying today?

10    A. Sure.

11    Q. Tell me what your rate is.

12    A. $550 per hour.

13         MR. HERRICK:   Thank you for coming to Charleston.

14    I'll pass the witness.

15                        CROSS-EXAMINATION

16    BY MR. MCDONALD:

17    Q. Dr. Brody, thanks, I appreciated your presentation.

18    A. Thank you.

19    Q. It's good to see you.

20         You've dedicated your life to learning more about

21    asbestos-related disease; is that right?

22    A. Right.

23    Q. Yes.  And what you showed us in here is some of the

24    latest scientific information about that, right?

25    A. True.

1    Q. Here we are in 2015 and this is -- this is what we know

2    now, right?

3    A. That's correct.

4    Q. Yeah.   And a lot of what you showed us on the slides is

5    actually animal cell division; things like that; is that

6    right?

7    A. Well, I'm showing you what happens in people by using

8    animals.

9    Q. Yeah.

10   A. But a lot of that was human tissue.  I think I pointed

11   that out.

12   Q. Yeah, you did.  I just wanted to be clear.

13          When you showed the cells dividing and the errors,

14   those were animal tissues?

15   A. Well, the ones I used, sure.  But those same experiments

16   have been done using human cells.

17   Q. And what you do with your mice is you expose them to

18   massive doses of asbestos trying to get that response so you

19   can study it; is that fair?

20   A. Not quite, okay?  Because what we do is we give them a

21   high concentration of dust --

22   Q. Okay.

23   A. -- for a short time.

24   Q. Sure.

25   A. So they actually get a small dose, but it's a sufficient

1    dose to produce lung injury and do what we need to do to

2    follow the disease.

3    Q. And you will agree with me, of course, mesothelioma is a

4    rare tumor?

5    A. It is.  Sure.

6    Q. But again, it's a dose response disease.  The higher the

7    exposure, the higher the risk; the lower exposure, the lower

8    the risks, right?

9    A. No question.

10   Q. And you mentioned Dr. Wagner a little bit.  I didn't

11   hear you mention Dr. Selikoff.  Dr. Selikoff was a pioneer in

12   asbestos medicine; is that right?

13   A. He sure was.  He has invited me to give a talk in one of

14   his conferences.

15   Q. Let's tell the jury a little bit.  Dr. Selikoff, he

16   started publishing papers in the mid-'60s?

17   A. Probably before that, in the '50s, but into the '60s,

18   absolutely.

19   Q. And he was studying the insulators union, right?

20   A. That's right.

21   Q. And it was the men that put on steam pipe insulation and

22   boiler insulation, and he was looking at their risk, right?

23   A. Exactly.

24   Q. Okay.  And I believe he found that eventually, even

25   though it's a rare tumor, 8 to 10 percent of those men

1    developed mesothelioma; is that fair?

2     A. The highest known percent in a population, that's

3    correct, 10 percent.

4           So like I say, even the -- the population with the

5    highest concentration that we know of in a workplace, 10

6    percent of the population got a mesothelioma.  Huge numbers.

7     Q. Yes.   And you mentioned that we viewed, even way back in

8    the '30s, that asbestos caused disease, asbestosis, right?

9     A. That's right.

10    Q. Okay.  And even back then -- for example, Dr. Dreesen

11    suggested that there would be an appropriate level of

12    exposure in factories even way back in the '30s; isn't that

13    fair?

14    A. I think he did.  I can't tell you what Dr. Dreesen said.

15    Those aren't the kind of literature that I can give you the

16    numbers, but I think you are right about that.

17    Q. And one thing that has confounded us is the long latency

18    period of the disease; is that fair?  So difficult to study

19    populations, it takes so long to figure these things out that

20    you are doing; is that fair?

21    A. I agree.

22    Q. Okay.   And because of that, science has advanced so

23    much, today's regulatory level is just a fraction of what was

24    once considered appropriate in the workplace; is that fair?

25    A. I agree.

1      Q. Okay.   And you will also agree, OSHA, EPA, they don't

2   distinguish between the fiber types, right?  They treat all

3   asbestos as asbestos, right?

4      A. All of the asbestos fiber types cause all of the

5   asbestos-type diseases.  Sure.

6      Q. You talked about the amphiboles which would be more

7   potent than the Chrysotile, right?

8      A. Causing mesothelioma, yes.

9      Q. Yes.   And I think you will agree you find Amosite, which

10  is an amphibole in the pipe covering insulation; is that

11  right?

12     A. That's what I understand.  That's right.

13     Q. Yes.   Okay.   And you did -- it's fascinating the way

14  you talked about the way cancer starts.  We are all exposed

15  to carcinogens every day; isn't that fair?

16     A. All the time.  That's why we have these genetic defenses

17  that protect most of us.

18     Q. Exactly.  I mean, you have to slow down and think about

19  it for a second, I know you do every day, but the sun, for

20  example, is a carcinogen, right?

21     A. Absolutely.

22     Q. Benzene is a carcinogen; is that fair?

23     A. Sure.

24     Q. And when I go put gasoline in my car, I get bathed in it;

25  is that fair?

1    A. I hope you don't get bathed in it, but we certainly

2    inhale it, sure.

3    Q. And there has even been some controversy about aflatoxin

4    in peanut butter?

5    A. That's a powerful carcinogen.

6    Q. When I go home and make a peanut butter sandwich, I'm

7    exposed to that, right?

8    A. All the time we are exposed.  And our genetic defenses

9    typically protect us.

10   Q. And that's what I was going to get to.  Your body is

11   amazing.  These genetic changes happen, but your body has a

12   way of destroying those cells almost all the time, right?

13   A. It's an excellent evolutionary principle.  If every time

14   we are faced with a carcinogen we died, you know, we wouldn't

15   progress very far as a species.

16   Q. And I won't make you go back through all the defense

17   mechanisms of the lung, but you will agree with me, if I

18   breathe fibers, the fibers that I breathe in, the lung clears

19   virtually all of them, right?  Or very high percentages?

20   A. A high percentage, but not all of them.

21   Q. A very high percentage are cleared out?

22   A. That's true.

23   Q. And we were faced with a mesothelioma situation like Mr.

24   Sparkman, it's impossible to go back and point and say, This

25   fiber or that fiber caused the disease; is that fair?

1      A. Right.  Whatever fibers he was exposed to in his history

2      contributed to the development of the disease.  That's right.

3      Q. And you will agree with me back in the day, back in the

4      '50s and 60s, asbestos-containing products were very common,

5      correct?

6      A. From what I understand, yes.

7      Q. Would you agree with me that over -- there were over

8      3,000 products that contained asbestos in the '60s; is

9      that --

10     A. That's what I understand.  Right.

11     Q. I'm going to flip through my notes here.

12            One thing.  Let's be fair -- I want to be fair to

13     the Sparkmans, okay?  Smoking does not cause mesothelioma; is

14     that right?

15     A. It does not.  Cigarette smokers do not get mesothelioma

16     and people who are exposed to asbestos and smoke don't have

17     anymore mesothelioma than just asbestos exposure.

18     Q. When you do smoke on a cigarette, that slows down your

19     defense mechanism?

20     A. Yeah.  That has nothing to do with mesothelioma, like we

21     just said.

22     Q. But you will agree with me it slows down the defense

23     mechanisms?

24     A. Sure.  And it's quite significant in the diagnosis of

25     lung cancer.

1    Q. Let me flip through my notes here.

2           Of course, Dr. Brody, you've testified throughout

3    the country?

4    A. Many times, yes.

5    Q. You still make about $200,000 a year testifying to juries

6    like the jury here today?

7    A. Yes.

8           MR. MCDONALD:  Okay.  Let me just slow down and make

9    sure I asked you everything I wanted to, Doctor.  I think

10   that's all my questions.

11          Thank you very much.  It's good to see you.

12          THE WITNESS:  You are welcome.  Thank you.

13          MR. HERRICK:  I don't have anything further.  Thank

14   you.

15          THE COURT:  Okay, Dr. Brody, have a good trip home.

16          THE WITNESS:  Thank you, Your Honor.

17

18

19                   *****     *****     *****

20

21   I certify that the foregoing is a correct transcript from the

22   record of proceedings in the above-titled matter.

23

24

25

```
1        ----------------------------

2

3        Amy C. Diaz, RPR, CRR              September 9, 2015

4        S/  Amy Diaz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```