# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: Asbestos Products Liability Litigation | |
| TERRENCE J. SPARKMAN and LEONARD SPARKMAN, as Co-Personal Representatives of the Estate of ELIJAH SPARKMAN, JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | C/A No. 2:12-cv-02957-DCN |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal with Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against the Defendant Goulds Pumps, Inc. are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
David C. Norton
United States District Court Judge

May 4, 2016
Charleston, South Carolina